## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **Mehnaz Bibi**,<br>721 Bayberry Dr<br>Bartlett, IL 60103 |  |
| Plaintiff, |  |
| **Abdul Rehman**,<br>House Number 399,<br>Street Number 17,<br>Sector A-1 Kemari,<br>Karachi, Sindh, Pakistan |  |
| Plaintiff, |  |
| v. | Civil Action No: |
| **Antony Blinken**,<br>Secretary of State<br>U.S. Department of State<br>c/o The Executive Office<br>Office of the Legal Adviser<br>HST Room 5519<br>2201 C St, N.W.<br>Washington, DC 20520 | **COMPLAINT FOR<br>WRIT OF MANDAMUS** |
| **Merrick Garland**,<br>Attorney General of the<br>United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 |  |
| **Alejandro Mayorkas**,<br>Secretary, U.S. Department<br>of Homeland Security<br>c/o Office of the General Counsel<br>2707 Martin Luther King Jr. Ave.,<br>S.E. Washington, DC 20528-0485 |  |
| **Richard C. Visek**,<br>Legal Adviser,<br>U.S. Department of State |  |

c/o The Executive Office,
Office of the Legal Adviser
HST Room 5519
2201 C St, N.W.
Washington, DC 20520


**Julie M. Stufft**,
Acting Deputy Assistant Secretary for
Visa Services
U.S. Department of State
2201 C Street, N.W.
Washington, DC 20520

**Carl C. Risch**,
Deputy Director of the Executive
Office for Immigration Review
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

**Angela Aggeler,**
U.S. *Charge d'affaires a.i.* to Pakistan,
U.S. Department of State
c/o The Executive Office,
Office of the Legal Adviser
HST Room 5519
2201 C St, N.W.
Washington, DC 20520


~
Deputy Chief of Mission,
U.S. Embassy in Islamabad, Pakistan
U.S. Department of State
c/o The Executive Office,
Office of the Legal Adviser
HST Room 5519
2201 C St, N.W.
Washington, DC 20520


~,
Chief, Consular Section, U.S.
Consulate in Islamabad, Pakistan
U.S. Department of State
c/o The Executive Office,
Office of the Legal Adviser

2

HST Room 5519
2201 C St, N.W.
Washington, DC 20520

      Defendants.

_____

## PETITION FOR A WRIT OF MANDAMUS

The Plaintiff, Mehnaz Bibi on behalf of her husband Abdul Rehman (and hereinafter jointly referred to as "Plaintiffs"), through undersigned counsel, complains of the Defendants, Antony Blinken, Secretary of State, U.S. Department of State; Merrick Garland, Attorney General of the United States; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; Richard C. Visek, Legal Adviser, Office of the Legal Adviser; Julie M. Stufft, Acting Deputy Assistant Secretary for Visa Services, United States Department of State, Carl C. Risch, Deputy Director of the Executive Office of Immigration Review; Angela Aggeler, *Charge d'affaires a.i.* of the US Embassy to Pakistan, the Deputy Chief of Mission, U.S. Embassy in Pakistan; and the Consular Chief of the United States Embassy in Islamabad, as follows:

## I.      PRELIMINARY STATEMENT

1. This is a mandamus action to compel the Defendants and those acting under them to take all appropriate action to adjudicate the Plaintiffs' CR1 visa petition, properly filed and received by the Defendants more than twenty-seven (27) months ago, on 12 February, 2019, without further delay. *See* Exhibit 1: Online Immigrant Visa Application (DS-260) of Abdul Rehman; *see also* Exhibit 2: Online Immigrant Visa (DS-260) of Abdul Rehman: Confirmation: AA008ML280.

2.  The Plaintiffs' application remains within the Defendant's jurisdiction. The Defendants have failed to carry out the adjudicative and administrative functions delegated to them by law, specifically their duty to "process immigrant visas properly and promptly." 22 C.F.R. § 41.106. The Defendants improperly withheld action on the application for an unreasonable period of time to Plaintiff's grave detriment.

3.  Plaintiffs seek declaratory and injunctive relief.

## II.   JURISDICTION AND VENUE

4.  Subject matter jurisdiction is a threshold question that addresses the power of the court to hear a case and must be resolved before a court considers the merits of a case. *See Constantine v. Rectors & Visitors of George Mason Univ.*, 411 F.3d 474, 479-80 (4th Cir. 2005). The burden of proving subject matter jurisdiction rests with the plaintiff, the party asserting that jurisdiction exists. *See Adams v. Bain*, 697 F.2d 1213, 1219 (4th Cir. 1982). "Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute, which is not to be expanded by judicial decree." *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). This is a civil action brought pursuant to 28 U.S.C. § 1361 ("The district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or and agency thereof to perform a duty owed to the plaintiff."). Jurisdiction is further conferred by 8 U.S.C. § 1329 (jurisdiction of the district courts) and 28 U.S.C. § 1331 (federal subject matter jurisdiction).

5.  Further, pursuant to 5 U.S.C. §§ 555(b) and 702, the Administrative Procedure Act ("APA"), a court may review a proper plaintiff's complaint that the agency has "unreasonably delayed" concluding a matter presented. The APA requires the United

States Citizenship and Immigration Service ("USCIS") to carry out its duties within a reasonable time. 5 U.S.C. § 555(b) provides that "[w]ith due regard for the convenience and necessity of the parties or their representatives and *within a reasonable time*, each agency *shall* proceed to conclude a matter presented to it." (Emphasis added). USCIS is subject to 5 U.S.C. § 555(b). *See Liberty Fund, Inc. v. Chao*, 394 F. Supp. 2d 105,114 (D.D.C. 2005) ("The Administrative Procedure Act requires an agency to act 'within a reasonable time.' 5 U.S.C. § 555(b), and authorizes a reviewing court to 'compel agency action . . . unreasonably delayed,' 5 U.S.C. § 706(1).").

6.  Section 242 of the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1252 does not deprive this Court of jurisdiction. INA § 242(a)(5) provides that "a petition for review filed with an appropriate court of appeals in accordance with this section, shall be the sole and exclusive means for judicial review of an order of removal entered or issued under any provision of this Act[.]" As the present action does not seek review of a removal order, but is simply an action to compel the appropriate agency to adjudicate Plaintiff's unreasonably delayed CR1 US Citizen Spouse visa application, this Court retains original mandamus jurisdiction under 28 U.S.C. § 1361. *See Miranda v. Barr*, 463 F. Supp. 3d 632, 643 (D. Md. 2020) ("While this provision . . . precludes judicial review of discretionary action by an IJ, '[i]t does not limit habeas jurisdiction over questions of law.' (citing *Hernandez v. Sessions*, 872 F.3d 976, 988 (9th Cir. 2017)).

7.  Additionally, INA § 242(a)(2)(B) provides that no court shall have the jurisdiction to review either (i) "any judgment regarding granting of" various forms of relief from removal, or (ii) "any other decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified . . . to be in the discretion of the

Attorney General or the Secretary of Homeland Security[.]" Adjudication of a properly filed CR1 US Citizen Spouse visa application is neither a judgment regarding relief from removal nor a decision or action that is specified to be at the discretion of the Attorney General or the Secretary of Homeland Security, therefore the Court retains original mandamus jurisdiction over this claim.

8.  Under 28 U.S.C. § 1361, "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." Under 28 U.S.C. § 1331, they "shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

9.  The APA requires the Department of State to carry out its duties within a reasonable time. *See* 5 U.S.C. § 555(b) ("With due regard of the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it."). The visa application at issue was properly presented to the Department of State pursuant to the INA and regulations. *See* 8 U.S.C. § 1184; 22 C.F.R. §  § 41.11–41.12; 22 C.F.R. § 41.61; 22 C.F.R. §§ 41.101–41.108.

10.   Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(3) which states, "if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action" may be suitable.

### III.    PARTIES

11. Plaintiffs, Abdul Rehman, a national of Pakistan, and Mehnaz Bibi, a citizen of the United States, are Applicant-Beneficiary and Petitioner-Sponsor, respectively, for a CR1 US Citizen Spouse visa to immigrate to the United States. The Plaintiffs contend that the delays in processing this application—a total of two (2) years and three (3) months—are extreme and unreasonable. The Plaintiffs' application has been under administrative processing for said time, and the consulate has not issued a final decision on their application throughout that time.

12. Defendant, Antony Blinken, Secretary of State of the United States, is a proper Defendant as it is his duty to run the Department of State and make sure that all administrative agencies below him are acting effectively and in accordance with the law, which they have failed to do;

13. Defendant, Merrick Garland, is the Attorney General of the United States;

14. Defendant, Alejandro Mayorkas, is the Secretary for the U.S. Department of Homeland Security;

15. Defendant, Richard C. Visek, is the Legal Adviser for the Office of the Legal Adviser; 16. Defendant, Julie M. Stufft, is the Acting Deputy Assistant Secretary for Visa Services at the U.S. Department of State;

17. Defendant, Carl C. Risch, is the Deputy Director of the Executive Office of Immigration Review at the U.S. Department of Justice;

18. Defendant, Angela Aggeler, is the charge d'affaires a.i. at the US Embassy in Islamabad, Pakistan;

19. Defendant, the Deputy Chief of Mission, or whoever is acting in their stead, at the U.S. Embassy in Islamabad; and,

20. Defendant, the Consular Chief of the U.S. Embassy in Islamabad. Pursuant to 22 C.F.R. § 41.121, a consular office is obligated to act on a visa application. The Consular Chief, or whoever is acting in their stead, of the U.S. Consulate at Islamabad has failed to act over the matters alleged in this complaint.

## IV.   APPLICABLE LAW

21. A writ of mandamus is a "drastic [remedy], to be invoked only in extraordinary situations." *See Allied Chemical Corp. v. Daiflon, Inc.* 449 U.S. 33, 34 (1980).

22. Courts apply a three-part test as a prerequisite for granting such a writ, requiring that: (1) the plaintiff must present a "clear and certain claim," (2) the defendant government official must have a "nondiscretionary, ministerial" duty to act, and (3) "no other adequate remedy can be available." *See Alwan v. Risch*, No. 2:18-CV-0073, 2019 U.S. Dist. LEXIS 53692, at *5-6 (S.D. Ohio Mar. 29, 2019) (citing *Anjum v. Hansen*, No. 2:06-CV-00319, 2007 U.S. Dist. LEXIS 22685 (S.D. Ohio, Mar. 28, 2007)). *See also Segovia v. Village of Minerva Park, Inc.*, 2009 U.S. Dist. LEXIS 122903 (S.D. Ohio, Dec. 11, 2009).

23. The INA "confers upon consular officers [the] exclusive authority to review applications for visas, precluding even the Secretary of State from controlling their determinations." *See Saavedra Bruno v. Albright*, 197 F. 3d 1153, 1156 (D.C. Cir. 1999), (citing 8 U.S.C. § 1104(a), 1201(a)).

24. A "consular office is required by law to act on visa applications." *See Patel v. Reno*, 134 F.3d 929, 932 (9th Cir. 1997).

25. 22 C.F.R. § 41.121(a) mandates, "When a visa application has been properly completed and executed before a consular officer in accordance with the provisions of the INA and the implementing regulations, the consular officer must issue the visa, refuse the visa, or, pursuant to an outstanding order under INA 243(d), discontinue granting the visa."

26. For a district court to grant a writ of mandamus, one of the requirements is that no other adequate remedy is available. *See Alwan v. Risch*, No. 2:18-CV-0073, 2019 U.S. Dist. LEXIS 53692, at *8 (S.D. Ohio Mar. 29, 2019).

27. When "the agency in charge of the adjudication fails to render a decision within a reasonable period of time, as required by § 555(b) of the Administrative Procedure Act, the Court has the power to grant a writ of mandamus compelling an adjudication." *See Ceken v. Chertoff*, 536 F. Supp. 2d 211, 216 (D. Conn. 2008) (citing *American Academy of Religion v. Chertoff*, 463 F. Supp. 2d 400, 420 (S.D.N.Y. 2006)).

28. The doctrine of consular nonreviewability does not apply to this case. The INA, 8 U.S.C. § 1001, *et seq.* governs the visa adjudication process, and it grants consular officers the exclusive authority to review applications for visas. 8 U.S.C. § 1104(a)(1). The doctrine of nonreviewability "holds that a consular official's decision to issue or withhold a visa is not subject to judicial review, at least unless Congress says otherwise." *See Saavedra Bruno v. Albright*, 197 F.3d 1153, 1159 (D.C. Cir. 1999). This jurisdictional bar, however, "does not apply where the government has not made a final visa decision." *See P.K. v. Tillerson*, 302 F. Supp. 3d 1, 11 (D.D.C. 2017).

29. An action is final if it is both (1) "the consummation of the agency's decision-making process," not a "tentative or interlocutory" decision; and (2) a decision "by which rights or obligations have been determined" or from which "legal consequences will flow." *See Bennett v. Spear*, 520 U.S. 154, 178, 117 S. Ct. 1154, 137 L. Ed. 2d 281 (1997).

30. In *Nine Iraqi Allies Under Serious Threat Because of Their Faithful Service to the United States v. Kerry*, the court held that because the plaintiffs' applications remained in "administrative processing," the plaintiffs had not yet received final decisions, and therefore, "the doctrine of nonreviewability d[id] not bar their claims." 168 F. Supp. 3d 268, 292 (D.D.C. 2016).

31. Plaintiffs do not seek to challenge or adjudicate the merits of a decision "to issue or withhold" this application, *see Saavedra Bruno*, 197 F.3d at 1159; instead, they complain that there has been an unreasonable delay in issuing any final decision at all.

32. The Supreme Court has held that under the APA, where "an agency failed to take a discrete agency action that it is required to take . . . the court can compel the agency to act." *See Norton v. S. Utah Wilderness All.*, 542 U.S. 55, 64 (2004). Granting or refusing to grant a final visa application is a mandatory agency action. Regulations require that a consular officer "must . . . properly and promptly" process a visa application, 22 C.F.R. § 41.106, and either "issue" or "refuse" a completed visa application. *Id*. at § 41.121(a). Therefore, and alleged failure to complete those steps within a reasonable period of time is reviewable under the APA.

## V.    STATEMENT OF FACTS

33. Plaintiff Mehnaz Bibi is a citizen of the United States. Exhibit 3: Passport of Mehnaz Bibi

34. Plaintiff Abdul Rehman is a national of Pakistan. Exhibit 4: Passport of Abdul Rehman

35. Plaintiffs married on 16 July, 2017, in Sarwana, Attock, Pakistan.  *See* Exhibit 5: Marriage Certificate of Plaintiffs (Civil, Original & Translation); *see also* Exhibit 34: Marriage Certificate of Plaintiffs (Religious, Original).

36. In response to their joint desire to settle in the United States, Plaintiffs applied for a CR1 Immigrant visa on 12 February 2019. This online immigrant visa application submission was received by USCIS on 13 February 2019. *See* Exhibit 2: CR1 Visa Application (DS-260) of Abdul Rehman; Confirmation: AA008ML280.

37. Plaintiffs were able to secure a visa interview at US Embassy Islamabad on May 6, 2019.

38. During the interview, Plaintiffs were asked by the interviewing officer about: their wedding, specifically when it occurred; pictures from their wedding; and attendees at the wedding itself. Plaintiffs were able to give affirmative answers regarding the details of their ceremony and provided the officer with a printed photo album of the event.  To all appearances the officer was satisfied with their marriage being bona fide, as it is.

39. Plaintiffs were informed, however, at the conclusion of their interview, that their case required additional administrative processing.

40. On 26 June 2019 the Consular Officer sent Plaintiffs a questionnaire to complete via email, on which Plaintiff had to give detailed information from the past 15 years, including addresses where they had lived, and information regarding their travel, work, education and family. *See* Exhibit 6: Extended Personal Information Sheet as Emailed From Embassy.

41. Plaintiffs answered the questionnaire and returned it via email on 2 July 2019 to the case officer stationed at U.S. Embassy in Islamabad, as directed. *See* Exhibit 7: Plaintiff Responses to Consular Officer Request for Further Information; *see also* Exhibit 8: Email to Consular Officer Containing Responses to Request for Further Information.

42. By 23 August 2019, Plaintiff Bibi had not yet received a response, so she emailed the Embassy to explain the importance of receiving a response in order to begin the process of migrating to the United States as a family. *See* Exhibit (9): Email Exchange: Mehnaz Bibi to the Consular Section of the U.S. Embassy in Islamabad, Pakistan, Dated 08.23.2019.

43. On 22[1] August 2019, the Embassy replied simply restating that Plaintiff's case required additional processing and that they were unable to expedite the process. The email stated:

---

[1] This discrepancy is expected to be due to time differences when the respective emails were sent; see exhibit 9 to confirm the date/times of this exchange.

"We cannot predict when your visa will be ready, but we would like to ensure you that we are making every effort to complete the processing quickly." *Id*.

44. By 3 September 2019, Plaintiffs still had not received a decision and emailed the Embassy again to request an update. The consulate replied the same day with an identical response as the one received on 22 August 2019. *See* Exhibit (10): Email Exchange: Mehnaz Bibi to the Consular Section of the U.S. Embassy in Islamabad, Pakistan, Dated 09.03.2019.

45. On 20 September 2019, Plaintiff made yet another inquiry, receiving a similar response. *See* Exhibit (11): Email Exchange: Mehnaz Bibi to the Consular Section of the U.S. Embassy in Islamabad, Pakistan, Dated 09.20.2019.

46. Plaintiffs have sought updates on their petition since 20 September 2019 an additional fifteen (15) [2] times via email and an additional three (3) times in-person at the Embassy. *See* Exhibits (12-27): Email Exchanges: Mehnaz Bibi to the Consular Section of the U.S. Embassy in Islamabad, Pakistan, Dated (see n. 20; *see also* Exhibit 28: Visitor Coupon US Embassy Islamabad, April 8, 2021.

47. Plaintiff Bibi believes she has made multiple requests for a final decision on Plaintiff Rehman's case with the consulate with every email exchange, and has on multiple occasions requested the case be elevated to a supervisor due to the significant delay encountered. *See* Exhibit(s) 9-27.

48. The embassy has consistently replied that it could not predict when the processing would be completed. *See* Exhibit(s) 9-27

---

[2] On: 20 September 2019; 3 October 2019; 30 October 2019; 7 November 2019; 8 November 2019; [a seventh time]; 27 December 2019; 2 January 2020; 20 January 2020; 30 January 2020; 27 February 2020; 21 June 2020; 7 October 2020; 3 November 2020; 29 December 2020, and; 9 March 2021 (Exhibit(s) (x)-(x))

49. The embassy has inconsistently attributed the delay in processing to Covid-19 related restrictions in staff at the embassy; although understandable in the context post-March 2020, the visa application predates those restrictions by more than a year.[3] *See* Exhibit(s) 23, 25-27.

50. Additionally, the Embassy's email of 29 December 2020 alluded to part of the reason Plaintiff's visa processing was so delayed was due to then-President Trump's Presidential Proclamation 10004. This Proclamation was issued on 31 March 2020, and offers affirmation of the United States' intent to target and prevent human trafficking and sexual exploitation. As Plaintiffs were married more than six (6) months prior to applying for the visa at issue, and applied for the visa thirteen (13) months before the Proclamation was issued, its use as a rationale for the excessive delay is, at best, questionable. *See* Exhibit 35: Presidential Proclamation 10004; *see also* Exhibit 26: Email from Visa Support at the U.S. Embassy in Islamabad, Dated 29 December 2020.

51. Plaintiff Bibi traveled to the United States to visit her mother and siblings following the death of her father in August 2020; Plaintiff Rehman remained in Pakistan during this trip; Mr. Rehman's Pakistani passport remains with the US Embassy in Islamabad. The Embassy was informed of the trip at the time.

52. Plaintiffs requested the assistance of Sen. Dick Durbin (D-IL)'s office on 20 July 2020 either to intercede or to request assistance in receiving a final determination of the visa application. Exhibit 29: Request for Assistance Acknowledgement, Office of Senator Dick Durbin (D-IL).

---

[3] The specific responses relating Covid as a rationale were sent: 9 October 2020; 3 November 2020; 29 December, and; 11 March 2021.

53. Following a request to the Bureau of Consular Affairs, Sen. Durbin's office forwarded their reply to Plaintiff.  The reply contained largely the same language and rational as the prior direct requests to the Embassy had.  Exhibit 30: Email Exchange, US Embassy Islamabad - Office of Sen Dick Durbin.

54. Currently the Plaintiffs' visa application from 12 February 2019, is still under administrative process. The most recent status of the visa application, as of April 8, 2021, is "refused for administrative processing," indicating that a final decision has yet to be made.

55. As a result of the delay, which has caused serious uncertainty about their future, the Plaintiffs have suffered from emotional distress.

56. Due to cultural differences, Plaintiff Mehnaz Bibi has been unable to work while residing in Pakistan.  She was required to quit her previous position of employment – an Accounting Associate with Scott Saunders, CPA, PC of West Dundee, Illinois[4] – due to her excessive and unplanned absence in Pakistan owing to her husband, Plaintiff Rehman, not having his visa.

57. Additionally, Plaintiff Mehnaz Bibi was unable to care for her ill and aged father during his terminal illness in May, 2020, as a result of being unable to travel sooner owing her then-late-stage pregnancy.

58. Rather than beginning their family in the United States as the Plaintiffs intended, their first child, a son named ZAAMIN REHMAN, was born in Pakistan on June 14, 2020.  His birth was properly recorded as a Birth Abroad to a US Citizen with the Embassy in Islamabad, and he has had a passport issued in his name.  See Exhibit 31: Consular Report of Birth

---

[4] https://scottsaunderscpa.com/index.php

Abroad; *see also* Exhibit 32: Passport of Zaamin Rehman; *see also* Exhibit 33: Receipt for Consular Report of Birth Abroad Certificate and Passport for Minor.

## VI.   CAUSE OF ACTION

59. Plaintiffs have exhausted all administrative remedies. They have properly applied for the visa at issue and have properly followed up with the application process. There are no other adequate remedies available to Plaintiffs other than for this Court to compel Defendants to adjudicate the Plaintiffs' petition, without delay, and to issue a final decision on this matter.

60. INA and regulations do not afford the Plaintiffs any additional remedies for stalled immigrant visa applications. The statutes and regulations only elucidate the process for making applications, being approved or being denied. *See generally* 8 U.S.C. § 1184; 22 C.F.R. §§ 41.11–41.12, 41.61, 41.101–41.108, 41.121–41.123.

61. Plaintiffs are entitled to action on their long-pending CR1 visa application because an unreasonable period has passed since their application was filed. Defendants have failed to carry out the adjudicative and administrative functions delegated to them by law, to the ongoing harm and prejudice of the Plaintiffs.

62. Defendants' delay is without justification and has forced the Plaintiffs to resort to this Court for relief, and the Plaintiffs are entitled to attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(b).

## PRAYER FOR RELIEF

WHEREFORE, given the above facts, Plaintiffs Mehnaz Bibi and Abdul Rehman, pray that this

Court:

a. Compel Defendants and those acting under them to take all appropriate action to adjudicate
   the Plaintiffs' CR1 Visa application, without further delay;

b. Grant attorney's fees and costs of court to the Plaintiffs under the Equal Access to Justice
   Act ("EAJA");

c. Grant such other and further relief as this Court deems appropriate and just.

May 25, 2021

Respectfully submitted,

/s/ _____ **Raju Mahajan** , Esq.

BAR CARD #

**21622**

*Counsel for Plaintiff*

Exhibit List

Application and Proof of Relationship:

Exhibit 1      DS260 Application for Visa of Abdul Rehman
Exhibit 2      DS260 Confirmation of Receipt of Application for Visa of Abdul Rehman
Exhibit 3      Passport of Mehnaz Bibi
Exhibit 4      Passport of Abdul Rehman
Exhibit 5      Marriage Certificate of Mehnaz Bibi and Abdul Rehman (Original and Translation)

Post-Interview Request from USDOS:

Exhibit 6      DOS Consular Officer Request for Additional Information
Exhibit 7      Responses to Request for Additional Information
Exhibit 8      Submission of Responses to Request for Additional Information

Plaintiff Inquiries to USDOS:

Exhibit 9      Status Update Request and Response # 1
Exhibit 10     Status Update Request and Response # 2
Exhibit 11     Status Update Request and Response # 3
Exhibit 12     Status Update Request and Response # 4
Exhibit 13     Status Update Request and Response # 5
Exhibit 14     Status Update Request and Response # 6
Exhibit 15     Status Update Request and Response # 7
Exhibit 16     Status Update Request and Response # 8
Exhibit 17     Status Update Request and Response # 9
Exhibit 18     Status Update Request and Response # 10
Exhibit 19     Status Update Request and Response # 11
Exhibit 20     Status Update Request and Response # 12
Exhibit 21     Status Update Request and Response # 13
Exhibit 22     Status Update Request and Response # 14
Exhibit 23     Status Update Request and Response # 15
Exhibit 24     Status Update Request and Response # 16
Exhibit 25     Status Update Request and Response # 17
Exhibit 26     Status Update Request and Response # 18
Exhibit 27     Status Update Request and Response # 19

Plaintiff Requests to Other or In-Person:

Exhibit 28     U.S. Embassy Islamabad Visitor Coupon
Exhibit 29     Request for Assistance Acknowledgement, Office of Senator Dick Durbin (D-IL)
Exhibit 30     Email Exchange, US Embassy Islamabad – Office of Sen. Durbin (D-IL)

<u>Additional Documents:</u>

Exhibit 31     Consular Report of Birth Abroad
Exhibit 32     Passport of Zaamin Rehman
Exhibit 33     Receipt for CRBA and Minor's Passport
Exhibit 34     Marriage Certificate, Religious (original)
Exhibit 35     Text of Presidential Proclamation 10004 (Trump)

# Exhibit 1

## DS260 Application for Visa of Abdul Rehman

**U.S. DEPARTMENT of STATE**
CONSULAR ELECTRONIC APPLICATION CENTER

## Online Immigrant Visa and Alien Registration Application (DS-260)

### Application - Sensitive But Unclassified(SBU)

| Case Number: |  I S L 2 0 1 9 5 1 5 0 2 3 | Confirmation Number: |  A A 0 0 8 M L 2 8 O |
|---|---|---|---|

## Personal, Address and Phone Information

| | |
|---|---|
| Name Provided: | REHMAN , ABDUL |
| Full Name in Native Language: | DOES NOT APPLY/TECHNOLOGY NOT AVAILABLE |
| Other Names Used: | NO |
| Sex: | MALE |
| Current Marital Status: | MARRIED |
| Date of Birth: | 05 MARCH 1990 |
| City of Birth: | SARWANA |
| State/Province of Birth: | PUNJAB |
| Country/Region of Birth: | PAKISTAN |
| Country/Region of Origin (Nationality): | PAKISTAN |
| Document Type: | PASSPORT |
| Document ID: | DX9157502 |
| Country/Authority that Issued Document: | PAKISTAN |
| Issuance Date: | 11 SEPTEMBER 2017 |
| Expiration Date: | 10 SEPTEMBER 2022 |
| Do you hold or have you held any nationality other than the one you have indicated above? | NO |
| Present Address: | HOUSE NUMBER 399 |
| | STREET NUMBER 17 SECTOR A-1 KEMARI |
| City: | KARACHI |
| State/Province: | SINDH |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | PAKISTAN |
| From Date: | MARCH 1999 |
| Have you lived anywhere other than this address since the age of sixteen? | NO |
| Primary Phone Number: | 03325129338 |
| Secondary Phone Number: | 03333550437 |

| | |
|---|---|
| Work Phone Number: | DOES NOT APPLY |
| Email Address: | mb20161@yahoo.com |
| Is your Mailing Address the same as your Present Address? | YES |

**Permanent Address**

| | |
|---|---|
| Name of person currently living at address: | MUHAMMAD OZAIR |
| U.S. Address: | 721 BAYBERRY DRIVE |
| | BARTLETT, ILLINOIS 60103 |
| Phone Number: | (630)965-2050 |
| Is this address where you want your Permanent Residence Card (Green Card) mailed? | YES |

## Family Information

| | |
|---|---|
| Father's Surnames: | AKRAM |
| Father's Given Names: | MUHAMMAD |
| Date of Birth: | 01 APRIL 1946 |
| City of Birth: | SARWANA |
| State/Province of Birth: | PUNJAB |
| Country/Region of Birth: | PAKISTAN |
| Is your father still living? | NO |
| Year of death: | 2015 |
| Mother's Surnames at Birth: | DO NOT KNOW |
| Mother's Given Names: | ARFEENA |
| Date of Birth: | 01 JANUARY 1957 |
| City of Birth: | SARWANA |
| State/Province of Birth: | PUNJAB |
| Country/Region of Birth: | PAKISTAN |
| Is your mother still living? | NO |
| Year of death: | 2018 |
| Spouse's Full Name: | BIBI, MEHNAZ |
| Spouse's Date of Birth: | 05 OCTOBER 1989 |
| Spouse's City of Birth: | SARWANA |
| Spouse's State/Province of Birth: | PUNJAB |
| Spouse's Country/Region of Birth: | PAKISTAN |
| Spouse's Address: | SAME AS INTENDED U.S. ADDRESS |
| Occupation: | NOT EMPLOYED |
| Date of Marriage: | 16 JULY 2017 |
| Marriage City: | SARWANA |
| Marriage State/Province: | PUNJAB |
| Marriage Country/Region: | PAKISTAN |
| Is your spouse immigrating to the U.S.with you? | NO |
| Is your spouse immigrating to the U.S. at a later date to join you? | NO |
| Do you have any Previous Spouses? | NO |

| Do you have any children? | NO |
|---|---|

## Previous U.S. Travel Information

| | |
|---|---|
| Have you ever been in the U.S.? | NO |
| Have you ever been issued a U.S. Visa? | NO |
| Have you ever been refused a U.S. Visa, been refused admission to the United States, or withdrawn your application for admission at the port of entry? | NO |

## Work/Education/Training Information

| | |
|---|---|
| Primary Occupation: | BUSINESS |
| Present Employer or School Name: | SELF EMPLOYED |
| Address: | HOUSE 399 ST 17 BLOCK A1 |
| City: | KEMARI KARACHI |
| State/Province: | DOES NOT APPLY |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | PAKISTAN |
| Do you have other occupations? | NO |
| In which occupation do you intend to work in the U.S.? | BUSINESS |
| Were you previously employed? | NO |
| Have you attended any educational institutions? | YES |

| | |
|---|---|
| Number of Educational Institutions Attended: | 1 |
| Name of Institution (1): | ROSE HEAVEN SECONDARY SCHOOL |
| Address of Institution: | CHARNAL ROAD BHUTTA VILLAGE |
| City: | KEMARI |
| State/Province: | SINDH |
| Postal Zone/ZIP Code: | DOES NOT APPLY |
| Country/Region: | PAKISTAN |
| Course of Study: | SCIENCE |
| Degree or Diploma: | |
| Date of Attendance From: | 10 AUGUST 2006 |
| Date of Attendance To: | 15 AUGUST 2008 |

| | |
|---|---|
| Have you ever served in the military? | NO |
| Have you belonged to, contributed to, or worked for any professional, social, or charitable organization? | NO |
| Do you have any specialized skills or training, including firearms, explosives, nuclear, biological, or chemical experience? | NO |
| Have you ever served in, been a member of, or been involved with a paramilitary unit, vigilante unit, rebel group, guerrilla group, or insurgent organization? | NO |
| Can you speak and/or read languages other than your native language? | YES |
| List the languages that you speak and/or read: | ENGLISH |

## Petitioner Information

| | |
|---|---|
| Petitioner is my: | SPOUSE |

| | |
|---|---|
| Petitioner Name: | BIBI , MEHNAZ |
| Petitioner Address: | 721 BAYBERRY DRIVE |
| City: | BARTLETT |
| State/Province: | ILLINOIS |
| Postal Zone/ZIP Code: | 60103 |
| Country/Region: | UNITED STATES OF AMERICA |
| Telephone: | (630)930-3286 |
| Mobile/Cell Telephone: | DOES NOT APPLY |
| Email Address: | mb20161@yahoo.com |

## Security and Background Information

| | |
|---|---|
| Do you have a communicable disease of public health significance such as tuberculosis (TB)? | NO |
| Do you have documentation to establish that you have received vaccinations in accordance with U.S. law? | YES |
| Explain: | |
| Do you have a mental or physical disorder that poses or is likely to pose a threat to the safety or welfare of yourself or others? | NO |
| Are you or have you ever been a drug abuser or addict? | NO |
| Have you ever been arrested or convicted for any offense or crime, even though subject of a pardon, amnesty, or other similar action? | NO |
| Have you ever violated, or engaged in a conspiracy to violate, any law relating to controlled substances? | NO |
| Are you the spouse, son, or daughter of an individual who has violated any controlled substance trafficking law, and have knowingly benefited from the trafficking activities in the past five years? | NO |
| Are you coming to the United States to engage in prostitution or unlawful commercialized vice or have you been engaged in prostitution or procuring prostitutes within the past 10 years? | NO |
| Have you ever been involved in, or do you seek to engage in, money laundering? | NO |
| Have you ever committed or conspired to commit a human trafficking offense in the United States or outside the United States? | NO |
| Have you ever knowingly aided, abetted, assisted, or colluded with an individual who has been identified by the President of the United States as a person who plays a significant role in a severe form of trafficking in persons? | NO |
| Are you the spouse, son, or daughter of an individual who has committed or conspired to commit a human trafficking offense in the United States or outside the United States and have you within the last five years, knowingly benefited from the trafficking activities? | NO |
| Do you seek to engage in espionage, sabotage, export control violations, or any other illegal activity while in the United States? | NO |
| Do you seek to engage in terrorist activities while in the United States or have you ever engaged in terrorist activities? | NO |
| Have you ever or do you intend to provide financial assistance or other support to terrorists or terrorist organizations? | NO |
| Are you a member or representative of a terrorist organization? | NO |
| Have you ever ordered, incited, committed, assisted, or otherwise participated in genocide? | NO |
| Have you ever committed, ordered, incited, assisted, or otherwise participated in torture? | NO |
| Have you committed, ordered, incited, assisted, or otherwise participated in extrajudicial killings, political killings, or other acts of violence? | NO |
| Have you ever engaged in the recruitment of or the use of child soldiers? | NO |
| Have you, while serving as a government official, been responsible for or directly carried out, at any time, particularly severe violations of religious freedom? | NO |
| Are you a member of or affiliated with the Communist or other totalitarian party? | NO |
| Have you ever directly or indirectly assisted or supported any of the groups in Columbia known as the Revolutionary Armed Forces of Columbia (FARC), National Liberation Army (ELN), or United Self-Defense Forces of Columbia (AUC)? | NO |

Have you ever, through abuse of governmental or political position converted for personal gain, confiscated or expropriated property in a foreign nation to which a United States national had claim of ownership?                                    NO

Are you the spouse, minor child, or agent of an individual who has through abuse of governmental or political position converted for personal gain, confiscated or expropriated property in a foreign nation to which a United States national had claim of ownership?                                    NO

Have you ever been directly involved in the establishment or enforcement of population controls forcing a woman to undergo an abortion against her free choice or a man or a woman to undergo sterilization against his or her free choice?                                    NO

Have you ever disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention?                                    NO

Are you the spouse, minor child, or agent of an individual who has disclosed or trafficked in confidential U.S. business information obtained in connection with U.S. participation in the Chemical Weapons Convention?                                    NO

Have you ever sought to obtain or assist others to obtain a visa, entry into the United States, or any other United States immigration benefit by fraud or willful misrepresentation or other unlawful means?                                    NO

Have you ever withheld custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court?                                    NO

Have you ever intentionally assisted another person in withholding custody of a U.S. citizen child outside the United States from a person granted legal custody by a U.S. court?                                    NO

Have you voted in the United States in violation of any law or regulation?                                    NO

Have you ever renounced United States citizenship for the purpose of avoiding taxation?                                    NO

Have you attended a public elementary school or a public secondary school on student (F) status after November 40, 1996 without reimbursing the school?                                    NO

Do you seek to enter the United States for the purpose of performing skilled or unskilled labor but have not yet been certified by the Secretary of Labor?                                    NO

Are you a graduate of a foreign medical school seeking to perform medical services in the United States but have not yet passed the National Board of Medical Examiners examination or its equivalent?                                    NO

Are you a health care worker seeking to perform such work in the United States but have not yet received certification from the Commission on Graduates of Foreign Nursing Schools or from an equivalent approved independent credentialing organization?                                    NO

Are you permanently ineligible for U.S. citizenship?                                    NO

Have you ever departed the United States in order to evade military service during a time of war?                                    NO

Are you coming to the U.S. to practice polygamy?                                    NO

Are you a former exchange visitor (J) who has not yet fulfilled the two-year foreign residence requirement?                                    NO

Has the Secretary of Homeland Security of the United States ever determined that you knowingly made a frivolous application for asylum?                                    NO

Are you likely to become a public charge after you are admitted to the United States?                                    NO

## Social Security Number Information

Have you ever applied for a Social Security number?                    NO

Do you want the Social Security Administration to issue a Social Security number and a card?                    YES

Do you authorize disclosure of information from this form to the Department of Homeland Security, the Social Security Administration, and such other U.S. Government agencies as may be required for the purposes of assigning you a social security number (SSN) and issuing you a Social Security card and do you authorize the Social Security Administration to share your SSN with the Department of Homeland Security?                    YES

## Preparer of Application:

Did anyone assist you in filling out this application?                    YES

Preparer Surnames:                    BIBI

Preparer Given Names:                    MEHNAZ

Organization Name:                    DOES NOT APPLY

| | |
|---|---|
| Street Address: | 721 BAYBERRY DRIVE |
| City: | BARTLETT |
| State/Province: | IL |
| Postal Zone/ZIP Code: | 60103 |
| Country/Region: | UNITED STATES OF AMERICA |
| Relationship to You: | SPOUSE |

# Exhibit 2

DS260 Confirmation of Receipt of Application for Visa of Abdul Rehman



## U.S. DEPARTMENT *of* STATE
### CONSULAR ELECTRONIC APPLICATION CENTER

Online Immigrant Visa and Alien Registration Application (DS-260)

# Immigrant Visa and Alien Registration Application Confirmation

## Thank You

You have successfully submitted an Immigrant Visa and Alien Registration Application (Form DS-260). You must bring to your visa interview proof that you submitted this form by printing a confirmation page using the below button. Do not print a copy of this screen; use the below PRINT CONFIRMATION button to print a page with a unique barcode related to your visa application. You can print a confirmation from this website at any time.

## Next Step

Your Immigrant Visa and Alien Registration Application (Form DS-260) was sent to the National Visa Center (NVC) for review. **However, NVC will not review your Form DS-260 until they have received the required financial and civil documents that you must also submit.** If you have not sent NVC those items, please do so now. Visit http://nvc.state.gov (English) or http://nvc.state.gov/espanol (Spanish) and review Steps 4-6 for instructions.

NVC will review your DS-260 IV application, financial, and civil documents upon receipt of all documents. If the documents you submitted are insufficient or incomplete, NVC will send instructions on how to correct your submission. NVC cannot schedule your visa interview until your supporting documentation is complete.

## Your Visa Interview

Once you have a visa interview appointment, you need to:

1. Obtain and submit photographs that meet the Department of State's visa requirements.
2. Review the information for the U.S. Embassy where your visa interview will occur.

Please use the buttons below for information on these items as well as instructions for submitting documents to NVC.

During the interview with a consular officer, you will be required to sign your application by providing a "biometric signature" – in other words, your fingerprints. By providing this biometric signature, you are certifying under penalty of perjury that you have read and understood the questions in your immigrant visa application. You are also certifying that all statements that appear in your immigrant visa application have been made by you and are true and complete to the best of your knowledge and belief. At the time of your interview, you will also be required to certify under penalty of perjury that all statements in your application and those made during your interview are true and complete to the best of your knowledge and belief.

**This confirms the submission of the Immigrant Visa and Alien Registration application for:**

| | |
|---|---|
| Name Provided: | REHMAN, ABDUL |
| Country/Region of Origin (Nationality): | PAKISTAN |
| Completed On: | 12 FEB 2019 |
| Case No: | ISL2019515023 |
| Confirmation No: | AA008ML28O |



ISL2019515023



AA008ML28O

**THIS IS NOT A VISA**

Version 01.02.00

Case 1:21-cv-01288-CCB   Document 1   Filed 05/25/21   Page 29 of 122

# Exhibit 3

# Passport of Mehnaz Bibi





PASSPORT

United States
of America



# Exhibit 4

Passport of Abdul Rehman



ISLAMIC REPUBLIC OF
# PAKISTAN
PASSPORT

Type
P

Country Code
PAK

Passport Number
DX9157502

Surname
REHMAN

Given Names
ABDUL

Nationality
PAKISTANI

Date of Birth
05 MAR 1990

Sex
M

Place of Birth
ATTOCK, PAK

Citizenship Number
42401-2360750-7

Father Name
MUHAMMAD AKRAM

Date of Issue
11 SEP 2017

Date of Expiry
10 SEP 2022

Issuing Authority
PAKISTAN

Tracking Number
10871311988

Booklet Number
E8334580

P<PAKREHMAN<<ABDUL<<<<<<<<<<<<<<<<<<<<<<<<<<<
DX91575025PAK9003059M2209106424012360 7507<56

# Exhibit 5

Marriage Certificate of Mehnaz
Bibi and Abdul Rehman
(Original and Translation)



# TRUE TRANSLATION

(URDU TO ENGLISH)

## FORM NO: 2.

(See Rules : 8 & 10)
Under Rules : 8 & 10 of Muslim Family Laws
Ordinace, 1961 (VIII of 1961)

## FORM

**MARRIAGE CERTIFICATE**

| | | |
|---|---|---|
| 1. Name of the Ward : | Town/Union: | Tehsil/ |
| Police Station : | Sarwana | Khagwani Where the marriage took place |
| | Hazro | |
| 2. Name of the bridegroom & His father, with their respective residence : | and District : | Attock |

2. Name of the bridegroom & His father, with their respective residence :

ABDUL REHMAN S/O MUHAMMAD AKRAM
Sarwana, Tehsil Hazro, District Attock.
42401-2360750-7
05TH MARCH 1990

3. Age of the Bridegroom :    05TH MARCH 1990

4. Name of the Bride & her father, with their respective residence :

MEHNAZ BIBI D/O GHULAM FRAID
Village Sarwana, Tehsil Hazro, District Attock.
37106-0123732-8
VIRGIN

5. Whether the Bride is Virgin, a Widow or a Divorced Wife :    VIRGIN

6. Age of the Bride :    05TH OCTOBER 1989

7. Name of the Vakil, if any, appointed by the Bride, his father's name and his residence :

SULTAN MUBARAK S/O SHEHNCHI KHAN
Sarwana, Tehsil Hazro, District Attock.
42000-0430344-5

8. Names of the Witnesses to the appointment of Bride's Vakil, with their father's name, their residence and the relationship with the Bride.

1. DAWOOD KHAN S/O FEROZ KHAN
Village Malak Mala, Tehsil Hazro, District Attock.

2. MUHAMMAD AZAM S/O SHEHNCHI KHAN

9. Name of the Vakil, if any, appointed by the Bridegroom, his father's name and his residence :

10. Names of the Witnesses to the appointment of the Bridegroom's Vakil with their father's names and their residence :    Bridegroom is Personally appeared

11. Names of the Witnesses to the Marriage, their father's names and their residence :

1. BANARAS KHAN S/O SHEHNC H KHAN
Sarwana, Tehsil Hazro, District A t ck.

2. MUHAMMAD ASIF S/O SULTA N MUBARAK
Sarwana, Tehsil Hazro, District Attoc .

12. Date on which the marriage was solemnized :    16TH JULY 2017

13. Amount of Dower :    Rs.200,000/- (Rupees Two Lac Only)

14. How much of the Dower is Mu'ajjal (Prompt) and how much Mu'wajjal (Deferred) :    On Demand

15. Whether any portion of the dower was paid at the time of marriage, if so, how much :    NIL

NIL                                             1

---

16. Whether any property was given in lieu of the whole or any part of the dower, with specification of the same and its valuation agreed to between the parties

17. Special conditions, if any :

18. Whether the husband has delegated the power of divorce to the wife, if so under what conditions :

19. Whether the husband's right of divorce in any way curtailed :    NIL

20. Whether any documents was drawn up at the time of marriage relating to dower and Maintenance, etc , if so contents thereof :    NIL

21. Whether the bridegroom has any existing wife, and if so, whether he has secured the Permission of Arbitration Council under the Muslim Family Ordinance, Council under the another Marriage :    NIL

22. Number and date of the Communications conveying to the Bridegroom the permission of the Arbitration Council to contract another marriage :    NIL

23. Name, father's name and address of the person by whom the marriage was solemnized :

Moulana Muhammad Rafaqat Khan
Pesh-e-Imam Masjid Bilal, Mohalla Aal,
Village Sarwana, Tehsil Hazro, District Attock.
13TH JULY 2017
As Per Rule, had been Paid

24. Date of Registration of Marriage :

25. Registration Fee Paid :

Signature of Bridegroom or his Vakil :    Signature of the Witnesses to the Appointment of the Bridegroom's Vakil :

| | |
|---|---|
| | (1) |
| Sd. | Sd. |
| Signature of Bride : Signature of Bride's Vakil : | (2) |
| | Sd. |
| Sd.        Sd. | Signature of the Witnesses to the Appointment of Bride's Vakil : |
| Signature of the Witnesses to the Marriage : | (1) |
| (1) | Sd. |
| Sd. | Signature of the Person who solemnized the marriage : |
| (2) | |
| Sd. | Sd. |

**The Translation of this Marriage Certificate from Urdu to English has been perused by me and found correct, Hence Certificate to be True.**

Signature & Seal of the Registrar of Marriage :

**ATTESTED**
DANISH AFSAR
B.Com, L.L.B Advocate
Notary Public
City DISA, KARACHI, PAKISTAN

0 6 JUL 2018

Notarized to Take Effect in All Continents Out of Pakistan Under International Law

Notarized to Take Effect in All Continents Out of Pakistan Under International Law



Scanned by CamScanner

# Exhibit 6

# DOS Consular Officer Request for Additional Information (06.26.2019)

## ISL2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:     Mb20161@yahoo.com

Date:   Wednesday, June 26, 2019, 01:57 AM CDT

Mb20161@yahoo.com

**Subject:**

**Case # ISL2019515023 - Questionnaire for Additional Information for ABDUL REHMAN**

Dear Visa Applicant: Thank you for interviewing at U.S. Embassy, Islamabad. Your visa application has been refused under Section 221(g) of the Immigrant and Nationality Act **pending the submission of the requested information below.**

**GENERAL INSTRUCTIONS**

- You are requested to reply directly to this email (IslamabadIVinquiry@state.gov) and provide responses to each of the items below in editable text form only.
- You are not limited to 2 responses per each question. Please continue numbering and listing responses as needed.
- If you are unsure of the answer to a question, please provide a response to the best of your knowledge. For example, if you are unsure of an exact address, provide the city, state, and street name if you can recall them. U.S. Department of State will consider all the information derived from the form in its entirety.
- Failure to answer every question will not necessarily preclude visa issuance, as the application is considered in its entirety.
- If you believe a particular question does not apply to you or your circumstances, please type "not applicable" or "N/A."

 

a. Your travel history outside your country of residence over the last 15 years, including locations visited, date visited, source of funds, and length of stay;
  1. [Type response here]
  2. [Continue…]
b. All prior passport numbers and country of passport issuance;
  1. [Type response here]
  2. [Continue…]
c. The names and dates of birth of any siblings (full, half, step, and adopted), living or deceased;
  1. [Type response here]
  2. [Continue…]
d. The names and dates of birth of any children (minor and adult), living or deceased.  Children includes natural children, step-children, and adopted children;

    1. Type response here]
    2. [Continue…]

e. The names and dates of birth of any former spouses or civil/domestic partners, living or deceased;
    1. Type response here]
    2. [Continue…]

f. All of your addresses where you have lived during the last 15 years, including dates of residence;
    1. [Type response here]
    2. [Continue…]

g. All phone numbers you have used in the last five years, including primary, secondary, work, home, and mobile numbers;
    1. [Type response here]
    2. [Continue…]

h. All email addresses you have used in the last five years, including primary, secondary, work, personal, and educational addresses;
    1. [Type response here]
    2. [Continue…]

i. All social media platforms and unique user names/handles for any websites or applications, including social media, you have used to create or share content (photos, videos, status updates, etc.) as part of a public profile within the last five years;
    1. [Type response here]
    2. [Continue…]

j. Your prior occupation(s) and employers for the last 15 years. Include employer name, dates of employment, employer address, telephone number, your job title, and a job brief description;
    1. [Type response here]
    2. [Continue…]

By submitting this form you are agreeing to the following:

I understand all the information I have provided in, or in support of, this application may be provided to other U.S. government agencies authorized to use such information for purposes including enforcement of the laws of the United States. I understand all of the information contained in this form and I certify under penalty of perjury under the laws of the United States of America that the foregoing is complete, true, and correct. I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may result in refusal of the visa, denial of admission to the United States, and, may subject me to criminal prosecution and/or removal from the United States.

**PAPERWORK REDUCTION ACT STATEMENT**

Public reporting burden for this collection of information is estimated to average 60 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to: PRA_BurdenComments@state.gov.

**CONFIDENTIALITY STATEMENT**

AUTHORITIES: The information on this form is requested pursuant to Section 212(a) and 221 and as required by Section 222 of the Immigration and Nationality Act. Section 222(f) provides that the records of the Department of State and of diplomatic and consular offices of the United States pertaining to the issuance and refusal of visas or permits to enter the United States shall be considered confidential and shall be used only for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States. Certified copies of such records may, in the discretion of the Secretary of State, be made available to a court provided the court certifies that the information contained in such records is needed in a case pending before the court.

PURPOSE: The U.S. Department of State uses the information provided on this form to determine an individual's eligibility for a U.S. visa. Individuals who fail to submit this form or who do not provide all the requested information may be denied a U.S. visa. Although furnishing this information is voluntary, failure to provide this information may delay or prevent the processing of an individual visa application.

If you have questions or if you need to update your contact information you should notify us via our online query page at https://pk.usembassy.gov/visas/immigrant-visa-inquiries/.

**Thank you for your understanding and patience.**

Approved OMB 1405-0226

Expires 02/28/2021

Estimated Burden 60 Minutes

Sincerely,

Immigrant Visa Unit

Consular Section, American Embassy

Islamabad, Pakistan

MAF

---

**From:** do-not-reply@usembassy.gov [mailto:do-not-reply@usembassy.gov]
**Sent:** Sunday, June 23, 2019 1:04 AM
**To:** Islamabad, IV Inquiry
**Subject:** New submission from Immigrant Visa Inquiries

**Pick your inquiry:**

I have an ISL-case number.

**Date NVC Transferred Your Case to the Embassy:**

01/01/2019

**Case Number:**

ISL2019515023

**Applicant/Beneficiary Surname As It Appears On Passport or DS-260:**

Rehman

**Applicant/Beneficiary Given Name As It Appears On Passport or DS-260:**

Abdul

**Your name (Surname, Given Name):**

Rehman, abdul

**Your email address:**

Mb20161@yahoo.com

**Your Phone Number:**

03325129338

**Requesting Change to Interview Date?**

No

**Is the Case Under Administrative Processing Status?**

No

**Has the Embassy Already Requested Documents from You Directly?**

No

---

**Your Message to the Embassy:**

Please update me on my case. And if you require additional documents. Thank you.

IP Address: 43.245.11.36

# Exhibit 7

Responses to Request for
Additional Information
(07.02.2019)

**Case # ISL2019515023 – Questionnaire for Additional Information for ABDUL REHMAN**

Dear Visa Applicant: Thank you for interviewing at U.S. Embassy, Islamabad. Your visa application has been refused under Section 221(g) of the Immigrant and Nationality Act **pending the submission of the requested information below.**

## GENERAL INSTRUCTIONS

- You are requested to reply directly to this email (IslamabadIVinquiry@state.gov) and provide responses to each of the items below in editable text form only.
- You are not limited to 2 responses per each question. Please continue numbering and listing responses as needed.
- If you are unsure of the answer to a question, please provide a response to the best of your knowledge. For example, if you are unsure of an exact address, provide the city, state, and street name if you can recall them. U.S. Department of State will consider all the information derived from the form in its entirety.
- Failure to answer every question will not necessarily preclude visa issuance, as the application is considered in its entirety.
- If you believe a particular question does not apply to you or your circumstances, please type "not applicable" or "N/A."

a. Your travel history outside your country of residence over the last 15 years, including locations visited, date visited, source of funds, and length of stay;
   1. **I have not traveled outside of Pakistan ever.**

b. All prior passport numbers and country of passport issuance;
   1. **I have only held a Pakistani passport. The embassy has my current passport in its possession.**

c. The names and dates of birth of any siblings (full, half, step, and adopted), living or deceased;
   1. **I have three sisters only, as follows:**
      a. **Shabnam (July 6 1984)**
      b. **Kulsoom (October 8 1985)**
      c. **Aisha Akram (June 3 1989)**

d. The names and dates of birth of any children (minor and adult), living or deceased. Children includes natural children, step-children, and adopted children;
   1. **I do not have any children.**

e. The names and dates of birth of any former spouses or civil/domestic partners, living or deceased;

1. **I do not have any former spouses or civil/domestic partners, living or deceased. I have only been married once, and that is with my current spouse Mehnaz Bibi.**

f. All of your addresses where you have lived during the last 15 years, including dates of residence;

1. **I was born in Sarwana, a village in the District of Attock, Punjab Paksitan. When I was a few years old when we moved to Karachi, Sindh, Pakistan. The address in Sarwana, Attock is:**

   a. **V.P.O Sarwana, V.I.A. Nartopa, Mohallah Aal, District Attock, Tehsil Hazro, Punjab Pakistan.**

   b. **We have a residence in Sarwana that my family would come and stay in for vacations or family weddings etc. but that would be for only a week or so or depending on the occasion.**

2. **For the last 15 years, I have been staying at my current address in Karachi as follows:**

   a. **House Number 399, Street Number 17, Sector A-1 Kemari, Karachi, Sindh, Pakistan**

g. All phone numbers you have used in the last five years, including primary, secondary, work, home, and mobile numbers;

**I only have the following two phone numbers in use:**

1. **Primary Phone Number is: 0332-512-9338.**

2. **My wife, Mehnaz has 03333550437 in use and she puts her number on papers sometimes.**

h. All email addresses you have used in the last five years, including primary, secondary, work, personal, and educational addresses;

1. **I do not have a personal email account. My spouse and I share an email address that is used for personal purposes which is mb20161@yahoo.com.**

i. All social media platforms and unique user names/handles for any websites or applications, including social media, you have used to create or share content (photos, videos, status updates, etc.) as part of a public profile within the last five years;

1. **Not Applicable**
2.

j. Your prior occupation(s) and employers for the last 15 years. Include employer name, dates of employment, employer address, telephone number, your job title, and a job brief description;

1. **I am not employed, and never was. I am self-employed since I overtook what my father left for me, his small business of property rentals and purchases (buying, selling, flipping etc). I have my business based in Karachi and I work from home at the following address: House Number 399, Street Number 17, Sector A-1 Kemari, Karachi, Sindh, Pakistan. I have acquired this line of business a little before I got married to Mehnaz, so around 3 years I have been in my current occupation.**

By submitting this form you are agreeing to the following:

I understand all the information I have provided in, or in support of, this application may be provided to other U.S. government agencies authorized to use such information for purposes including enforcement of the laws of the United States. I understand all of the information contained in this form and I certify under penalty of perjury under the laws of the United States of America that the foregoing is complete, true, and correct. I understand that any willfully false or misleading statement or willful concealment of a material fact made by me herein may result in refusal of the visa, denial of admission to the United States, and, may subject me to criminal prosecution and/or removal from the United States.

## PAPERWORK REDUCTION ACT STATEMENT

Public reporting burden for this collection of information is estimated to average 60 minutes per response, including time required for searching existing data sources, gathering the necessary documentation, providing the information and/or documents required, and reviewing the final collection. You do not have to supply this information unless this collection displays a currently valid OMB control number. If you have comments on the accuracy of this burden estimate and/or recommendations for reducing it, please send them to:PRA_BurdenComments@state.gov.

## CONFIDENTIALITY STATEMENT

AUTHORITIES: The information on this form is requested pursuant to Section 212(a) and 221 and as required by Section 222 of the Immigration and Nationality Act. Section 222(f) provides that the records of the Department of State and of diplomatic and consular offices of the United States pertaining to the issuance and refusal of visas or permits to enter the United States shall be considered confidential and shall be used only for the formulation, amendment, administration, or enforcement of the immigration, nationality, and other laws of the United States. Certified copies of such records may, in the discretion of the Secretary of State, be made available to a court provided the court certifies that the information contained in such records is needed in a case pending before the court.

PURPOSE: The U.S. Department of State uses the information provided on this form to determine an individual's eligibility for a U.S. visa. Individuals who fail to submit this form or

who do not provide all the requested information may be denied a U.S. visa. Although furnishing this information is voluntary, failure to provide this information may delay or prevent the processing of an individual visa application.

If you have questions or if you need to update your contact information you should notify us via our online query page at https://pk.usembassy.gov/visas/immigrant-visa-inquiries/.

**Thank you for your understanding and patience.**

# Exhibit 8

# Submission of Responses to Request for Additional Information via Email (07.02.2019)

## ISL2019515023

From:   mehnaz bibi (mb20161@yahoo.com)

To:      islamabadivinquiry@state.gov

Date:   Tuesday, July 2, 2019, 02:27 PM CDT

Hello Officer,

Attached is word document containing the requested information in regards to to case number ISL2019515023. Please feel free to contact us with any additional information that may be required. We appreciate your time.

Respectfully,

Mr. and Mrs. Abdul Rehman
0333-355-0437

 ISL 2019515023 Abdul Rehman .docx
114kB

# Exhibit 9

# Status Update Request and Response (#1)

# (08.23.2019 /// 08.22.2019)

## FW: Re: ISL2019515023

From:    Islamabad, No Reply (islamabadnoreply@state.gov)

To:       mb20161@yahoo.com

Date:    Thursday, August 22, 2019, 11:01 PM CDT

mb20161@yahoo.com

Dear Sir/Madam,

Thank you for writing to our office. Your immigrant visa case is refused for administrative processing, an integral part of the visa adjudication and issuance process that can neither be neither expedited nor waived. Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws. We recognize that this process can be frustrating for applicants and regret any inconvenience. The visa application will be reconsidered when administrative processing is complete.

Sincerely,

Immigrant Visa Unit,

Consular Section,

U.S. Embassy, Islamabad

MAF

**Official - Privacy/PII**

**UNCLASSIFIED**

**From:** mehnaz bibi [mailto:mb20161@yahoo.com]
**Sent:** Friday, August 23, 2019 2:23 AM
**To:** Islamabad, IV Inquiry
**Subject:** Re:ISL2019515023

Hello,

We request an update on the subject case. We had provided the required information almost two months ago. Please follow up and update us with the status or if additional info is required.

We appreciate your assistance. Thankyou.

Mr. & Mrs. Rehman

03333550437

Sent from Yahoo Mail for iPhone

On Wednesday, July 3, 2019, 12:32 AM, Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov> wrote:

Dear applicant,

The inbox is specifically intended for visa applicants who have been asked to provide additional information by the Islamabad IV unit.

If you were not asked to provide information to IslamabadIVInquiry@state.gov, your response will not be processed.

If you were not asked to send your information through this email, or have further questions, contact us at https://pk.usembassy.gov/visas/immigrant-visa-inquiries/.

Thank you,

Immigrant Visa Unit Consular Section,

U.S. Embassy, Islamabad

Yahoo Mail - FW: Re; ISL2019515023

# Exhibit 10

Status Update Request and
Response (#2)
(09.03.2019 /// 09.03.2019)

## RE: New submission from Immigrant Visa Inquiries

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      Mb20161@yahoo.com

Date:    Tuesday, September 3, 2019, 05:48 AM CDT

Dear Sir/Madam,

Thank you for writing to our office.  Your immigrant visa case has been refused under INA Section 221(g) for administrative processing, an integral part of the visa adjudication and issuance process that can neither be expedited nor waived.  Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.  The visa application will be reconsidered when administrative processing is complete.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws.  We recognize that this process can be frustrating for applicants and regret any inconvenience.

Sincerely,

Immigrant Visa Unit

Consular Section

U.S. Embassy, Islamabad

**Official - Privacy/PII**

**UNCLASSIFIED**

---

**From:** do-not-reply@usembassy.gov [mailto:do-not-reply@usembassy.gov]
**Sent:** Tuesday, September 03, 2019 2:05 PM
**To:** Islamabad, IV Inquiry
**Subject:** New submission from Immigrant Visa Inquiries

**Pick your inquiry:**

I have an ISL-case number.

**Date NVC Transferred Your Case to the Embassy:**

01/01/2019

**Case Number:**

ISL2019515023

**Applicant/Beneficiary Surname As It Appears On Passport or DS-260:**

Rehman

**Applicant/Beneficiary Given Name As It Appears On Passport or DS-260:**

Abdul

**Your name (Surname, Given Name):**

Bibi, Mehnaz

**Your email address:**

Mb20161@yahoo.com

**Your Phone Number:**

03333550437

**Requesting Change to Interview Date?**

No

**Is the Case Under Administrative Processing Status?**

Yes

**Date Embassy Last Notified You that Case is Under Administrative Processing Status:**

05/06/2019

**Has the Embassy Already Requested Documents from You Directly?**

Yes

**Has anyone already sent those requested documents to the Embassy?**

Yes

**Date Documents Submitted to Courier:**

07/03/2019

## If Documents Submitted to the Embassy, Please Provide the following -

**Name of Courier Service:**

Emailed requested info.

**Your Message to the Embassy:**

Hello, we request an update on our pending case with the ISL embassy. The embassy didnt respond to my previous inquiry either. If you can sp

**Description of Documents You Have Attached:**

Are a few minutes and look into my case and see if anything's missing. we appreciate your help!!!

IP Address: 103.228.157.104

# Exhibit 11

Status Update Request and
Response (#3)
(09.20.2019 /// 09.22.2019)

## FW: lsl2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:   Sunday, September 22, 2019, 11:05 PM CDT

[mb20161@yahoo.com](mailto:mb20161@yahoo.com)

Dear Sir/Madam,

Thank you for writing to our office. Your immigrant visa case has been refused under INA Section 221(g) for administrative processing, an integral part of the visa adjudication and issuance process that can neither be expedited nor waived. Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case. The visa application will be reconsidered when administrative processing is complete.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws. We recognize that this process can be frustrating for applicants and regret any inconvenience.

Sincerely,

Immigrant Visa Unit

Consular Section

U.S. Embassy, Islamabad

MAF

**Official - Privacy/PII**

**UNCLASSIFIED**

**From:** mehnaz bibi [mailto:mb20161@yahoo.com]
**Sent:** Friday, September 20, 2019 12:22 PM

**To:** Islamabad, IV Inquiry
**Subject:** lsl2019515023

Hello,

I would like to again request if you could provide us with a status update on our subject case. Please follow up with an accurate and current  status. We appreciate your help. Thank You.

Mehnaz Bibi

0333-355-0437
Sent from Yahoo Mail for iPhone

# Exhibit 12

Status Update Request and Response (#4)

(10.03.2019 /// 10.03.2019)

## FW: lsl2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:   Thursday, October 3, 2019, 11:18 PM CDT

mb20161@yahoo.com

Dear Sir/Madam,

Thank you for your email.  Our record indicates that below visa case is under admin process.
Administrative processing is mandatory for all sorts of visas to the United States.  There are no waivers
available.  Only after this processing has concluded do we review a case for possible issuance of a visa.
The time this processing may take varies from applicant to applicant.  The wait time can be lengthy.  We
understand that this wait can be frustrating for our applicants.  Please rest assured we are making our
best effort to finish this processing as soon as possible.  Thank you for your kind understanding.

Sincerely,

Immigrant Visa Unit

Consular Section, American Embassy

Islamabad, Pakistan

MAF

**Official - Privacy/PII**

**UNCLASSIFIED**

**From:** mehnaz bibi [mailto:mb20161@yahoo.com]
**Sent:** Thursday, October 03, 2019 1:06 PM
**To:** Islamabad, IV Inquiry
**Subject:** lsl2019515023

Hello,

I am emailing in regards to the subject pending case. I am requesting an update on where the casestands  as it's been almost 6 months since the interview and I am afraid that the medicial is expiring soon hence please finalize the case so we dont have to re do the medicial examination as it is costly on our side.

I appreciate your help and would appreciate a more detailed response rather than just a general automated reply.


Thank you for your help.


Mehnaz Bibi

03333550437
Sent from Yahoo Mail for iPhone

# Exhibit 13

Status Update Request and
Response (#5)
(10.30.2019 /// 11.08.2019)

## RE: New submission from Immigrant Visa Inquiries

From:  Islamabad, No Reply (islamabadnoreply@state.gov)

To:    Mb20161@yahoo.com

Date:  Friday, November 8, 2019, 05:29 AM CST

Dear applicant,


Thank you for writing to our office.  Your immigrant visa case is refused for administrative processing, an integral part of the visa adjudication and issuance process that can neither be neither expedited nor waived. Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.


Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws.  We recognize that this process can be frustrating for applicants and regret any inconvenience.  The visa application will be reconsidered when administrative processing is complete.


Sincerely,


Immigrant Visa Unit,

Consular Section,

U.S. Embassy, Islamabad


This email is UNCLASSIFIED.


**From:** do-not-reply@usembassy.gov [mailto:do-not-reply@usembassy.gov]
**Sent:** Wednesday, October 30, 2019 1:49 PM
**To:** Islamabad, IV Inquiry
**Subject:** New submission from Immigrant Visa Inquiries

**Pick your inquiry:**

I have an ISL-case number.

**Date NVC Transferred Your Case to the Embassy:**

01/01/2019

**Case Number:**

ISL2019515023

**Applicant/Beneficiary Surname As It Appears On Passport or DS-260:**

Rrhman

**Applicant/Beneficiary Given Name As It Appears On Passport or DS-260:**

Abdul

**Your name (Surname, Given Name):**

Bibi Mehnaz

**Your email address:**

Mb20161@yahoo.com

**Your Phone Number:**

03333550437

**Requesting Change to Interview Date?**

No

**Is the Case Under Administrative Processing Status?**

No

**Has the Embassy Already Requested Documents from You Directly?**

No

---

**Your Message to the Embassy:**

Emailing in regards to subject case as to where it stands status wise. As it has been 6 months since the interview took place and 4 months

**Description of Documents You Have Attached:**

since the additional information was provided. Kindly look into this matter for us as we have reached the normal required time for processin

IP Address: 103.228.158.69

# Exhibit 14

# Status Update Request and Response (#6)

# (11.07.2019 /// 11.07.2019)

## FW: Isl2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:     mb20161@yahoo.com

Date:  Thursday, November 7, 2019, 10:12 PM CST

mb20161@yahoo.com

Dear Sir/ Madam,

Thank you for your email. Please reference to our previous email, case is still under admin process. We will let you know as soon as the process completes.

Thank you for your understanding.

Immigrant Visa Unit,

Consular Section, American Embassy,

Islamabad, Pakistan

MAF

**From:** mehnaz bibi <mb20161@yahoo.com>
**Sent:** Thursday, November 7, 2019 11:05 AM
**To:** Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** Isl2019515023

Hello and Good Morning,

I would like to request a status update on my subject pending case.

It has been 6 months since the interview and almost 4 months since we provided the requested information that contained personal details. While I do understand that this processing can take incredible amount of time and the fact that the embassy does not have a role in expediting this process. I would like to stress the fact that we have reached normal processing times and there is no progress (atleast not that I am being made aware of) please advice if additional information is required that would aide in completing the administrative process.

Case 1:21-cv-01288-CCB   Document 1   Filed 05/25/21   Page 69 of 122

I appreciate your time and would again request that if I could get an update on this case.

Thank You,

Mehnaz Bibi

0333-355-0437

Sent from Yahoo Mail for iPhone

# Exhibit 15

Status Update Request and
Response (#7)

(11.08.2019 /// 11.11.2019)

## FW: lsl2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:   Monday, November 11, 2019, 10:12 PM CST

mb20161@yahoo.com


Dear Sir/Madam,


Thank you for your email.  Our record indicates that below visa case is under admin process.
Administrative processing is mandatory for all sorts of visas to the United States.  There are no waivers
available.  Only after this processing has concluded do we review a case for possible issuance of a visa.
**The time this processing may take varies from applicant to applicant.  The wait time can be
lengthy.  We understand that this wait can be frustrating for our applicants.**  Please rest assured we
are making our best effort to finish this processing as soon as possible.  Thank you for your kind
understanding.


Sincerely,


Immigrant Visa Unit

Consular Section, American Embassy

Islamabad, Pakistan

MAF


---

**From:** mehnaz bibi <mb20161@yahoo.com>
**Sent:** Friday, November 8, 2019 9:52 AM
**To:** Islamabad, No Reply <IslamabadNoReply@state.gov>; Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** Re: lsl2019515023


Hello,

I do understand that the case is still in administrative processing. What i am asking for is that we have reached the
additional timeframe aswell. Is there any hopes we will wraps this up soon?

Sent from Yahoo Mail for iPhone

On Friday, November 8, 2019, 9:12 AM, Islamabad, No Reply <IslamabadNoReply@state.gov>
wrote:


mb20161@yahoo.com


Dear Sir/ Madam,


Thank you for your email. Please reference to our previous email, case is still under admin process.
We will let you know as soon as the process completes.


Thank you for your understanding.


Immigrant Visa Unit,

Consular Section, American Embassy,

Islamabad, Pakistan

MAF

---

**From:** mehnaz bibi <mb20161@yahoo.com>
**Sent:** Thursday, November 7, 2019 11:05 AM
**To:** Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** Isl2019515023


Hello and Good Morning,

I would like to request a status update on my subject pending case.


It has been 6 months since the interview and almost 4 months since we provided the requested
information that contained personal details. While I do understand that this processing can take
incredible amount of time and the fact that the embassy does not have a role in expediting this
process. I would like to stress the fact that we have reached normal processing times and there is no
progress (atleast not that I am being made aware of) please advice if additional information is
required that would aide in completing the administrative process.

I appreciate your time and would again request that if I could get an update on this case.


Thank You,

Mehnaz Bibi

0333-355-0437


Sent from Yahoo Mail for iPhone

# Exhibit 16

Status Update Request and
Response (#8)
(1x.xx.20xx /// 12.05.2019)

# Exhibit 17

Status Update Request and
Response (#9)
(12.27.2019 /// 01.02.2020)

Isl2019515023

From:   Islamabad, IV Inquiry (islamabadivinquiry@state.gov)

To:     Mb20161@yahoo.com

Date:   Thursday, December 5, 2019, 05:18 AM CST

Dear Applicant,

Thank you for your email.  Our record indicates that below visa case is under admin process.  Administrative processing is mandatory for all sorts of visas to the United States.  There are no waivers available.  Only after this processing has concluded do we review a case for possible issuance of a visa.  The time this processing may take varies from applicant to applicant.  The wait time can be lengthy.  We understand that this wait can be frustrating for our applicants.  Please rest assured we are making our best effort to finish this processing as soon as possible.  Thank you for your kind understanding.

Sincerely,

Immigrant Visa Unit,

Consular Section,

U.S. Embassy, Islamabad

BS

SENSITIVE BUT UNCLASSIFIED

## RE: ISL2019515023

From:    Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:    Thursday, January 2, 2020, 09:44 PM CST

Dear Sir/Madam,

Thank you for writing to our office. Your immigrant visa case has been refused under INA Section 221(g) for administrative processing, an integral part of the visa adjudication and issuance process that can neither be expedited nor waived. Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case. The visa application will be reconsidered when administrative processing is complete.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws. We recognize that this process can be frustrating for applicants and regret any inconvenience.

Sincerely,

Immigrant Visa Unit
Consular Section
U.S. Embassy, Islamabad
AL


SBU -PRIVACY OR PII

-----Original Message-----
From: mehnaz bibi <mb20161@yahoo.com>
Sent: Friday, December 27, 2019 12:34 PM
To: Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
Subject: ISL2019515023

Respected Officer,
Emailing in regards to subject case as to where it stands status wise. Please update us on the status and if theres any additional information required that we can assist it as it's been eight (8) months since we attended the interview.

We highly appreciate your assistance and are awaiting for your response.

Respectfully,
Mehnaz Bibi
0333-355-0437

Sent from my iPhone

# Exhibit 18

# Status Update Request and Response (#10) (01.02.2020 /// 01.06.2020)

## Isl2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:     Mb20161@yahoo.com

Date:   Monday, January 6, 2020, 11:22 PM CST

Mb20161@yahoo.com

Dear Sir/Madam,

Thank you for your email.  Our record indicates that below visa case is under admin process.  Administrative processing is mandatory for all sorts of visas to the United States.  There are no waivers available.  Only after this processing has concluded do we review a case for possible issuance of a visa.  The time this processing may take varies from applicant to applicant.  The wait time can be lengthy.  We understand that this wait can be frustrating for our applicants.  Please rest assured we are making our best effort to finish this processing as soon as possible.  Thank you for your kind understanding.

Sincerely,

Immigrant Visa Unit

Consular Section, American Embassy

Islamabad, Pakistan

MAF

SBU -PRIVACY OR PII

**From:** do-not-reply@usembassy.gov <do-not-reply@usembassy.gov>
**Sent:** Thursday, January 2, 2020 7:09 PM
**To:** Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** New submission from Immigrant Visa Inquiries

**Pick your inquiry:**

   I have an ISL-case number.

**Date NVC Transferred Your Case to the Embassy:**

   01/01/2019

**Case Number:**

lsl2019515023

**Applicant/Beneficiary Surname As It Appears On Passport or DS-260:**

Rehman

**Applicant/Beneficiary Given Name As It Appears On Passport or DS-260:**

Abdul

**Your name (Surname, Given Name):**

Bibi, Mehnaz

**Your email address:**

Mb20161@yahoo.com

**Your Phone Number:**

03333550437

**Requesting Change to Interview Date?**

No

**Is the Case Under Administrative Processing Status?**

Yes

**Date Embassy Last Notified You that Case is Under Administrative Processing Status:**

05/06/2019

**Has the Embassy Already Requested Documents from You Directly?**

No

---

**Your Message to the Embassy:**

We request a status update on this case. And when the visa will be issued as it been significantly long time since we came for the interview

**Description of Documents You Have Attached:**

Please update us with a precise status and when to expect a final answer from the embassy. Thank you in advance.

IP Address: 43.245.9.94

# Exhibit 19

# Status Update Request and Response (#11) (01.20.2020 /// 01.21.2020)

5/11/2021    Yahoo Mail - RE: Isl2019515023: 9 months since interview completed and no answer!!

Case 1:21-cv-01288-CCB   Document 1   Filed 05/25/21   Page 82 of 122

## RE: Isl2019515023: 9 months since interview completed and no answer!!

From: Islamabad, No Reply (islamabadnoreply@state.gov)

To:     mb20161@yahoo.com

Date:  Tuesday, January 21, 2020, 02:30 AM CST

Dear Sir/Madam,

Thank you for writing to our office.  Your immigrant visa case has been refused under INA Section 221(g) for administrative processing, an integral part of the visa adjudication and issuance process that can neither be expedited nor waived.  Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.  The visa application will be reconsidered when administrative processing is complete.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws.  We recognize that this process can be frustrating for applicants and regret any inconvenience.

Sincerely,

Immigrant Visa Unit

Consular Section

U.S. Embassy, Islamabad

**From:** mehnaz bibi <mb20161@yahoo.com>
**Sent:** Monday, January 20, 2020 10:49 AM
**To:** Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** Isl2019515023: 9 months since interview completed and no answer!!

Good Morning Officer,

We request a status update on this case. And when the visa will be issued as it been significantly long time since we came for the interview. Its been almost 9 months and we have been patiently waiting, but this wait it getting extensive. So we kindly request and escalation in the case as we are currently expecting our first child.

5/11/2021 Yahoo Mail - RE: lsl2019515023: 9 months since interview completed and no answer!!

Case 1:21-cv-01288-CCB   Document 1   Filed 05/25/21   Page 83 of 122

Please let us know if there's anything we can do on our that will eliminate this extensive wait time. We appreciate your assistance.


Thank You,

Mehnaz Bibi

0333-355-0437


Sent from my iPhone

# Exhibit 20

Status Update Request and
Response (#12)
(01.30.2020 /// 02.04.2020)

## RE: Isl2019515023

From: Islamabad, No Reply (islamabadnoreply@state.gov)

To:  mb20161@yahoo.com

Date: Tuesday, February 4, 2020, 12:00 AM CST


Dear Sir/Madam,

Thank you for writing to our office.  Your immigrant visa case has been refused under INA Section 221(g) for administrative processing, an integral part of the visa adjudication and issuance process that can neither be expedited nor waived.  Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.  The visa application will be reconsidered when administrative processing is complete.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws.  We recognize that this process can be frustrating for applicants and regret any inconvenience.

Sincerely,

Immigrant Visa Unit
Consular Section
U.S. Embassy, Islamabad


-----Original Message-----
From: mehnaz bibi <mb20161@yahoo.com>
Sent: Thursday, January 30, 2020 1:04 AM
To: Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
Subject: Isl2019515023

Hello,
We are requesting a status update for the subject case and when the visa will be issued. Please respond and update us on where the case stands.
We appreciate your help.

Mehnaz Bibi
0333-355-0437

Sent from my iPhone

# Exhibit 21

# Status Update Request and Response (#13) (02.27.2020 /// 03.02.2020)

## FW: ISL2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:   Monday, March 2, 2020, 11:52 PM CST

mb20161@yahoo.com

Dear Sir/ Madam,

Thank you for your email. Please reference to our previous email, case is still under admin process. We will let you know as soon as the process completes.

Thank you for your understanding.

Immigrant Visa Unit,

Consular Section, American Embassy,

Islamabad, Pakistan

MAF

SBU -PRIVACY OR PII

**From:** mehnaz bibi <mb20161@yahoo.com>
**Sent:** Thursday, February 27, 2020 1:03 PM
**To:** Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** ISL2019515023

Respected Officer,
Emailing in regards to subject case as to where it stands status wise and when to expect any progress . Please update us on the status and if theres any additional information required that we can assist it as it's been ten (10) months since we attended the interview.

We highly appreciate your assistance and are awaiting for your response.

Respectfully,

Mehnaz Bibi
0333-355-0437

Sent from my iPhone

# Exhibit 22

# Status Update Request and Response (#14) (06.21.2020 /// 06.07.2020)

## RE: lsl2019515023 updating on birth of child

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:     mb20161@yahoo.com

Date:   Monday, July 6, 2020, 07:15 AM CDT

Dear Sir/Madam,

Our record indicates that the case is still pending under administrative process and we shall contact the applicant(s) upon completion of this process. Also, time duration for the process is always approximated therefore maximum cannot be predicted. If you do not hear anything from our office within 6 months of this response, please send us a follow up inquiry.

You may also check on the status of your case at https://ceac.state.gov/CEAC/

I hope this information will be helpful to you. Please do not hesitate to contact us if you required any further inquiry.

Immigration Unit,

Consular Section, U.S. Embassy,

Islamabad, Pakistan

**From:** mehnaz bibi <mb20161@yahoo.com>
**Sent:** Sunday, June 21, 2020 12:18 PM
**To:** Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** lsl2019515023 updating on birth of child

Respected Officer,
Emailing in regards to subject case as to where it stands status wise and when to expect any progress . Please

update us on the status and if theres any additional information required that we can assist with. As it's been more than a year since we attended the interview.

We would like to update the assigned officer that we are now parents to a baby boy. Please escalate our case and have a supervisor take a look into it for us.

We highly appreciate your assistance and are awaiting for your response.

Respectfully,
Mehnaz Bibi
0333-355-0437

Sent from my iPhone

# Exhibit 23

Status Update Request and
Response (#15)
(10.07.2020 /// 10.09.2020)

5/11/2021
Yahoo Mail - Re: Isl2019515023-back in the usa
Case 1:21-cv-01288-CCB   Document 1   Filed 05/25/21   Page 93 of 122

## Re: Isl2019515023-back in the usa

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:   Friday, October 9, 2020, 05:12 AM CDT

Dear Sir/Madam,

Thank you for writing to our office. Your immigrant visa case is still pending administrative processing, an integral part of the visa adjudication and issuance process that can be neither expedited nor waived.

Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case. The visa application will be reconsidered when administrative processing is complete. Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws. We recognize that this process can be frustrating for applicants and regret any inconvenience.

**Please be prepared to experience significant delays in visa issuance.  As of March 17, 2020, the U.S. Embassy in Islamabad suspended routine visa services due to COVID-19 concerns and severely reduced staffing.  We will resume routine services as soon as possible but are unable to provide a specific date at this time.  If you do not hear anything from our office within 6 months of this response, please send us a follow up inquiry.**

You may also check on the status of your case at https://ceac.state.gov/CEAC/

Sincerely,

Immigration Unit,
Consular Section, U.S. Embassy,
Islamabad, Pakistan

---

**From:** mehnaz bibi <mb20161@yahoo.com>
**Sent:** Wednesday, October 7, 2020 11:25 PM
**To:** Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** Isl2019515023-back in the usa

Respected Officer,
Emailing in regards to subject case as to where it stands status wise and when to expect any progress .
**I am currently in the USA right now along with my newborn. Attached is copy of my ticket. Please escalate our case so a supervisor can take a look at it.**
 Please update us on the status and if theres any additional information required that we can assist with. As it's been more than a year since we attended the interview.

We highly appreciate your assistance and are awaiting for your response.

Respectfully,
Mehnaz Bibi
1 (630) 229-7495

Sent from my iPhone

# Exhibit 24

Status Update Request and
Response (#16)
(10.16.2020 /// 10.20.2020)

5/11/2021
Yahoo Mail - RE: Isl2019515023-back in the usa
Case 1:21-cv-01288-CCB   Document 1   Filed 05/25/21   Page 96 of 122

## RE: Isl2019515023-back in the usa

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:   Tuesday, October 20, 2020, 01:11 AM CDT

Dear Sir/Madam,

Thank you for writing to our office.  Your immigrant visa case has been refused under INA Section 221(g) for administrative processing, an integral part of the visa adjudication and issuance process that can neither be expedited nor waived.  Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.  The visa application will be reconsidered when administrative processing is complete.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws.  We recognize that this process can be frustrating for applicants and regret any inconvenience.

Sincerely,

Immigrant Visa Unit

Consular Section

U.S. Embassy, Islamabad

**From:** mehnaz bibi <mb20161@yahoo.com>
**Sent:** Friday, October 16, 2020 7:46 PM
**To:** Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
**Subject:** Isl2019515023-back in the usa

Respected Officer,


Emailing in regards to subject case as to where it stands status wise and when to expect any progress .

**I am currently in the USA right now along with my newborn. Attached is copy of my ticket. Please escalate our case so a supervisor can take a look at it.**

 Please update us on the status and if theres any additional information required that we can assist with. As it's been more than a year since we attended the interview.


We highly appreciate your assistance and are awaiting for your response.

Respectfully,
Mehnaz Bibi

1 (630) 229-7495



Sent from my iPhone

# Exhibit 25

Status Update Request and
Response (#17)
(11.03.2020 /// 11.03.2020)

## RE: URGENT, father passed away Isl2019515023-back in the usa

From: Islamabad, No Reply (islamabadnoreply@state.gov)

To: mb20161@yahoo.com

Date: Tuesday, November 3, 2020, 03:15 AM CST

Dear applicant,

Thank you for writing to our office.  Your immigrant visa case is refused for administrative processing, an integral part of the visa adjudication and issuance process that can neither be neither expedited nor waived. Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws.  We recognize that this process can be frustrating for applicants and regret any inconvenience.  The visa application will be reconsidered when administrative processing is complete.

Please be prepared to experience significant delays in visa issuance.  As of March 17, 2020, the U.S. Embassy in Islamabad suspended routine visa services due to COVID-19 concerns and severely reduced staffing.  We will resume routine services as soon as possible but are unable to provide a specific date at this time.  If you do not hear anything from our office within 6 months of this response, please send us a follow up inquiry.

You may also check on the status of your case at https://ceac.state.gov/CEAC/
Sincerely,

Immigrant Visa Unit,
Consular Section,
U.S. Embassy, Islamabad


SENSITIVE BUT UNCLASSIFIED

-----Original Message-----
From: mehnaz bibi <mb20161@yahoo.com>
Sent: Tuesday, November 3, 2020 8:30 AM
To: Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
Subject: URGENT, father passed away Isl2019515023-back in the usa

Respected Officer,

I am so sorry to keep on inquiring about the subject case.  The reason is very critical that is why we need some sort of direction from you.  Please know that my father has passed away and that is the reason we need to be in the United States asap.

Interviewed on: 05/06/2019

We have not received our visa yet.  Please kindly escalate our case to see what can be done in this situation,  We appreciate your assistance, please help us.


Respectfully,

Mehnaz Bibi
630-229-7495

# Exhibit 26

Status Update Request and
Response (#18)

(12.29.2020 /// 12.29.2020)

## RE: Isl2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:   Tuesday, December 29, 2020, 10:13 PM CST

Dear Sir/Madam,

Thank you for writing to our office.  Your immigrant visa case has been refused under INA Section 221(g) for administrative processing, an integral part of the visa adjudication and issuance process that can neither be expedited nor waived.  Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.  The visa application will be reconsidered when administrative processing is complete.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws.  We recognize that this process can be frustrating for applicants and regret any inconvenience.

Please note: Due to the Presidential Proclamation 10004, and to the suspension of routine visa services due to the COVID-19 pandemic, the U.S. Embassy may not be able to reissue you a visa at this time.  Please be prepared for significant delays in visa reissuance.

We appreciate your patience during this time.
Immigration Unit,
Consular Section, U.S. Embassy,
Islamabad, Pakistan


-----Original Message-----
From: mehnaz bibi <mb20161@yahoo.com>
Sent: Tuesday, December 29, 2020 4:32 AM
To: Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
Subject: Isl2019515023

Respected Officer,
Emailing in regards to subject case as to where it stands status wise and when to expect any progress.
Please update us on the status and if theres any additional information required that we can assist with. As it's been more than a year since we attended the interview.

We highly appreciate your assistance and are awaiting for your response.

Respectfully,
Mehnaz Bibi


Sent from my iPhone

# Exhibit 27

Status Update Request and
Response (#19)
(03.09.2021 /// 03.11.2021)

## RE: Isl2019515023

From:   Islamabad, No Reply (islamabadnoreply@state.gov)

To:      mb20161@yahoo.com

Date:   Thursday, March 11, 2021, 10:08 PM CST

Dear applicant,

Thank you for writing to our office. Your immigrant visa case is refused for administrative processing, an integral part of the visa adjudication and issuance process that can neither be neither expedited nor waived. Unfortunately, it is difficult to predict the amount of time the processing will take and timing varies based on the individual circumstances of each case.

Please be assured that we are aware of your concerns and will process the application to completion as quickly as possible, in accordance with U.S. laws. We recognize that this process can be frustrating for applicants and regret any inconvenience. The visa application will be reconsidered when administrative processing is complete.
Please be prepared to experience significant delays in visa issuance. As of March 17, 2020, the U.S. Embassy in Islamabad suspended routine visa services due to COVID-19 concerns and severely reduced staffing. We will resume routine service services as soon as possible but are unable to provide a specific date at this time. If you do not hear anything from our office within 6 months of this response, please send us a follow up inquiry.

You may also check on the status of your case at https://ceac.state.gov/CEAC/

Sincerely,

Immigrant Visa Unit,
Consular Section,
U.S. Embassy, Islamabad

SENSITIVE BUT UNCLASSIFIED

-----Original Message-----
From: mehnaz bibi <mb20161@yahoo.com>
Sent: Tuesday, March 9, 2021 7:36 PM
To: Islamabad, IV Inquiry <IslamabadIVinquiry@state.gov>
Subject: Isl2019515023

Respected Officer,
Emailing in regards to subject case as to where it stands status wise and when to expect any progress.
Please update us on the status and if theres any additional information required that we can assist with. As it's been close to two years since we attended the interview.

We highly appreciate your assistance and are awaiting for your response.

Respectfully,
Mehnaz Bibi

Sent from my iPhone

# Exhibit 28

# U.S. Embassy Islamabad Visitor Coupon



# VISITOR COUPON

**Visitor C.N.I.C # :**   USA 507093546

**Visitor Name :**   MEHNAZ

**Embassy Name :**   UNITED STATES OF AMERICA

**Service Type :**   Executive Service

**Service Charges :**   **Rs**   1000 /-

08-Apr-2021  10:27:39

**Security Checking, Data Entry, Snap Shot, Mobile & Luggage Deposit, A.C Pick & Drop**
* Issued Coupon is valid for one Visit Only and neither cancelable nor refundable.
* Coupon must be shown to driver on return from embassy. You will not be entertained in case
lost of coupon.
* Mobile, Camera, Weapon, Eatables are NOT allowed during visit. Please deposit at counter. If
found any electronic device from you after getting ticket then ticket will be cancelled and legel
action will be taken against passenger.
* You are allowed to visit the Embassy ONLY for which you have taken the coupon.
* Take care of your belongings during visit. Company will not be responsible for any
Compensations
* Compnay Helpline : 051-2600975

# Exhibit 29

Request for Assistance
Acknowledgement, Office of
Senator Dick Durbin (D-IL)

## RE: Request for assistance

From: Nguyen, Tran (Durbin) (tran_nguyen@durbin.senate.gov)

To: mb20161@yahoo.com

Date: Monday, July 20, 2020, 10:11 AM CDT

Hello Mrs. Bibi –

Our office received your request for assistance with your husband's pending immigrant visa application. I have reached out to the US Embassy in Islamabad asking for a status update and will be in touch when I have more information for you.

Regards,

Tran Nguyen

Ms. Tran Nguyen

U.S. Senate Aide

Office of U.S. Senator Dick Durbin

230 S. Dearborn, Suite 3892

Chicago, IL 60604

(312) 353-4952

(312) 353-0150 f

# Exhibit 30

## Email Exchange, US Embassy Islamabad – Office of Sen. Durbin (D-IL)

**From:** mehnaz bibi <mb20161@yahoo.com>
**Date:** 27 April 2021 at 9:29:51 PM GMT+5
**To:** "Nguyen, Tran (Durbin)" <Tran_Nguyen@durbin.senate.gov>
**Subject: Re: I-130 (Bibi)**

Tran,
Thank you for your response. I appreciate your help. I did check online and do not see that
the embassy opened my case to give a status update. Last updated is showing as of April 8,
2021.
Sent from my iPhone


On 27-Apr-2021, at 6:52 PM, Nguyen, Tran (Durbin) <Tran_Nguyen@durbin.senate.gov>
wrote:


Mrs. Bibi –


Please see below for the latest update from the U.S. Embassy in Islamabad in regards to your husband's
immigration case. They have indicated that your husband's cases remains pending completion of
administrative processing. I understand that you may be frustrated but there is no way to expedite the review
process. I'd be happy to make another status inquiry in 60 days if you don't hear from the U.S. Embassy.


Regards,


Tran Nguyen


Ms. Tran Nguyen

U.S. Senate Aide

Office of U.S. Senator Dick Durbin

230 S. Dearborn, Suite 3892

Chicago, IL 60604

(312) 353-4952

(312) 353-0150 f

**From:** Islamabad, Consular
**Sent:** Tuesday, April 27, 2021 3:17 AM
**To:** Nguyen, Tran (Durbin) <Tran_Nguyen@durbin.senate.gov>
**Subject:** Re: I-130 (Bibi)

The Honorable Dick Durbin

United States Senate

230 South Dearborn, Suite 3892

Chicago, Illinois 60604

Attention:  Tran Nguyen

Dear Senator Durbin:

Thank you for your April 26 letter on behalf of your constituent, Ms. Mehnaz Bibi.  Ms. Bibi contacted your office concerning the immigrant visa case of Mr. Abdul Rehman.  We appreciate your patience in awaiting a response.

We reviewed our consular records and found that Mr. Rehman was interviewed at the U.S. Embassy on May 6, 2019.  Currently, his case is pending the completion of administrative processing to verify his qualifications for this visa.

We understand there may be frustration at the delay; however, a decision on this case cannot be made until we finish our review.  Visa applications are adjudicated in accordance with the provisions of the Immigration and Nationality Act (INA), and a visa may only be issued if all documentary requirements have been met, and the applicant is eligible under U.S. immigration law.  While we cannot predict when the adjudication of Mr. Rehman's application will be completed, please be

assured that we are aware of your concerns and will do all we can to see that his application is adjudicated as soon as the administrative processing has been completed.

In the meantime, we encourage your constituent to monitor the website of the U.S. Embassy for updates about visa processing at https://pk.usembassy.gov/visas/.  If your constituent has additional questions regarding the process, she may also contact us directly at https://pk.usembassy.gov/visas/non-immigrant-visa-inquiries-form/.

Please note that the information regarding this visa case is protected from disclosure under section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States."  Since you have inquired on behalf of the applicant, our disclosure to you of the above information from the visa record, which information could be made available to the visa applicant, is consistent with INA section 222(f), 8 U.S.C. 1202(f), and you may share this information with your constituent.

We regret that our response cannot be more detailed at this point, but we hope this information is helpful in responding to your constituent.

Sincerely,

Immigrant Visa Unit

Consular Section

U.S. Embassy

Islamabad, Pakistan

# Exhibit 31

## Consular Report of Birth Abroad:

Zaamin Rehman (DOB – 6/14/20)



UNITED STATES OF AMERICA      DEPARTMENT OF STATE

0812510

## Consular Report of Birth Abroad

OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that:

**ZAAMIN REHMAN**

Sex MALE, born at KARACHI WEST, PAKISTAN

On JUNE 14, 2020

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

ISLAMABAD, PAKISTAN

On MARCH 22, 2021

MOTHER/FATHER/PARENTS

MEHNAZ BIBI

Date of Birth: OCTOBER 05, 1989

ABDUL REHMAN

Date of Birth: MARCH 05, 1990

Acting Assistant Secretary for Consular Affairs
Date of Issuance: MARCH 22, 2021

* 06-29528-22*

159-7707848

USA

# Exhibit 32

## Passport of Zaamin Rehman



# Exhibit 31

Receipt for CRBA and Minor's Passport



U.S. Embassy
ISLAMABAD
Customer: ZAAMIN REHMAN
Date: 1/28/2021 1:05:39 PM
Register: CONSULAR REGISTER
Transaction: 15024501
Tender: U.S. Dollars
Exchange Rate: 1.00USD = 165.000LC

PASSPORT DELIVERED

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 07 | | | $100.00 |
| REPORT BIRTH ABROAD | | | | Rs 16,500.00 |

| Balance | $100.00 |
|---------|---------|
| Amount Paid | $100.00 |
| Change | $0.00 |

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)

30642

---

U.S. Embassy
ISLAMABAD
Customer: ZAAMIN REHMAN
Date: 1/28/2021 1:06:07 PM
Register: CONSULAR REGISTER
Transaction: 15024502    PASSPORT DELIVERED
Tender: U.S. Dollars
Exchange Rate: 1.00USD = 165.000LC

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 02E | | | $0.00 |
| REPLACE PPT FOR LTD VALIDITY | | | | Rs 0.00 |

| Balance | $0.00 |
|---------|-------|
| Amount Paid | $0.00 |
| Change | $0.00 |

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)

30643

# Exhibit 34

## Marriage Certificate, Religious (original)



حکومت پنجاب
govt of punjab
اندراج نکاح و شادی سرٹیفیکیٹ
**Marriage Registration Certificate**

FORM No: I08870070

CRMS No: M100260-17-10283

OLD/M REG #:

### Particulars of Groom

| | | |
|---|---|---|
| Name : | ABDUL REHMAN | نام : عبدالرحمٰن |
| Nationality : | Pakistani | قومیت : پاکستانی |
| CNIC No: | 42401-2360750-7 | شناختی کارڈ نمبر : 42401-2360750-7 |
| Religion : | ISLAM | مذہب : اسلام |
| Age : | 14 Day(s) 4 Month(s) 27 Year(s) | عمر : 14 دن 4 ماہ 27 سال |
| Marital Status : | UNMARRIED | ازدواجی حیثیت : غیر شادی شدہ |
| Father's Name : | MUHAMMAD AKRAM | والد کا نام : محمد اکرم |
| CNIC No : | 42401-1994384-1 | شناختی کارڈ نمبر : 42401-1994384-1 |
| Address : | P.O. nartopa , Village SARWANA , | پتہ : ڈاکخانہ نرٹوپہ ، گاؤں سروانہ ، |
| Tehsil : | HAZRO | تحصیل : حضرو |
| District : | ATTOCK | ضلع : اٹک |

### Particulars of Bride

| | | |
|---|---|---|
| Name : | MEHNAZ BIBI | نام : مہناز بی بی |
| Nationality : | Pakistani | قومیت : پاکستانی |
| CNIC No : | 37106-0123732-8 | شناختی کارڈ نمبر : 37106-0123732-8 |
| Religion : | ISLAM | مذہب : اسلام |
| Age : | 11 Day(s) 9 Month(s) 27 Year(s) | عمر : 11 دن 9 ماہ 27 سال |
| Marital Status : | UNMARRIED | ازدواجی حیثیت : غیر شادی شدہ |
| Father's Name : | GHULAM FRAID | والد کا نام : غلام فرید |
| CNIC No : | 37101-6945277-7 | شناختی کارڈ نمبر : 37101-6945277-7 |
| Address : | P.O. nartopa , Village SARWANA , | پتہ : ڈاکخانہ نرٹوپہ ، گاؤں سروانہ ، |
| Tehsil : | HAZRO | تحصیل : حضرو |
| District : | ATTOCK | ضلع : اٹک |

Marriage Date : 16-July-2017   تاریخ شادی کی درج : 16-July-2017

Marriage Solemnized /Registered By :MUHAMMAD NIAZ

Marriage Solemnized /Registered By CNIC No:   37101-5748561-3   37101-5748561-3

Entry Date :   20-July-2017   تاریخ اندراج : 20-July-2017

Issue Date :   11-August-2017   تاریخ اجراء : 11-August-2017

1 0026 0100 07582

# Exhibit 35

Text of Presidential
Proclamation 10004 (Trump)

# Presidential Documents

Proclamation 10004 of March 31, 2020

## National Sexual Assault Awareness and Prevention Month, 2020

**By the President of the United States of America**

**A Proclamation**

No person should ever have to endure the anguish and indignity of sexual assault. This horrific crime affects Americans of every age, ethnicity, and socioeconomic status. During National Sexual Assault Awareness and Prevention Month, we reaffirm our commitment to supporting survivors of sexual assault, encouraging strong criminal justice responses to these crimes, and ending the scourge of sexual violence in our homes and communities.

Sexual assault is a particularly egregious and dehumanizing form of violence. Even after physical injuries of a sexual assault have healed, emotional and mental trauma can persist. Survivors often struggle with lingering anxiety, fear, anger, shame, and depression. The devastating aftermath of sexual assault can also harm a survivor's relationships with their loved ones. My Administration has made combating sexual assault a top priority.

Last year, I signed an Executive Order establishing the Task Force on Missing and Murdered American Indians and Alaska Natives to address unacceptable acts of violence against Native Americans, particularly women and girls. Too often, sexual assaults are committed in conjunction with other forms of violence against women and girls in Indian Country. This Task Force is enhancing collaboration across the Federal Government to improve the ability of law enforcement and prosecutors to respond to new and unsolved cases in these communities and to ensure they receive vital health and human services. In addition, the Office on Violence Against Women and the Office for Victims of Crime within the Department of Justice (DOJ) are spearheading an initiative to ensure that sexual assault victims in Native and Tribal communities have access to high-quality medical care from trained Sexual Assault Forensic Examiners and other services they may need to heal and achieve justice.

DOJ is also providing grant funding to facilitate the analysis of thousands of sexual assault kits in crime laboratories across our Nation to identify criminals. The Department is also making sure that law enforcement officers, prosecutors, and victim advocates have the resources they need to support victims and bring offenders to justice. Further, DOJ and the Department of Health and Human Services have identified best practices in the collection and preservation of forensic evidence, as well as in the care and treatment of survivors of sexual assault.

Human trafficking has become rampant throughout the world, and often includes sexual assault. In 2019 alone, the National Human Trafficking Hotline received reports of nearly 12,000 cases of potential human trafficking in the United States, identifying more than 25,000 victims. More than 65 percent of these cases referenced women, and more than one in five referenced children. My Administration will use every tool at our disposal to dismantle this global problem, deliver justice, and ensure the safety and well-being of the survivors. That is why I signed an Executive Order on Combating Human Trafficking and Online Child Exploitation in the United States, which prioritizes the Federal Government's resources to prosecute offenders, assist victims, and provide prevention education to combat human

trafficking and online sexual exploitation of children. I also signed into law legislation authorizing $430 million to fight sex and labor trafficking, and my fiscal year 2021 budget request to Congress seeks an increase of $42.5 million to address human trafficking. And importantly, we are holding these foreign governments that fail to address human trafficking to account by imposing restrictions on foreign assistance.

This month, we pause to recognize the devastation caused by sexual assault and to recommit ourselves to eliminating this atrocious crime. We are grateful to the professionals serving in healthcare, victim and human services, law enforcement, and criminal justice for their steadfast resolve against sexual assault while also caring for and supporting survivors. As a Nation, we stand with the courageous men, women, and children who have survived sexual assault and pledge to use every tool at our disposal to help prevent Americans from ever enduring the trauma of sexual assault.

NOW, THEREFORE, I, DONALD J. TRUMP, President of the United States of America, by virtue of the authority vested in me by the Constitution and the laws of the United States, do hereby proclaim April 2020 as National Sexual Assault Awareness and Prevention Month. I urge all Americans, families, law enforcement personnel, healthcare providers, and community and faith-based organizations to support survivors of sexual assault and work together to prevent these crimes in their communities.

IN WITNESS WHEREOF, I have hereunto set my hand this thirty-first day of March, in the year of our Lord two thousand twenty, and of the Independence of the United States of America the two hundred and forty-fourth.

[FR Doc. 2020–07308
Filed 4–3–20; 8:45 am]
Billing code 3295–F0–P